1 ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
2 COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
3 CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
4 CARR & FERRELL *LLP*
2200 Geng Road
5 Palo Alto, California 94303
Telephone: (650) 812-3400
6 Facsimile:   (650) 812-3444

7 Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 ACTICON TECHNOLOGIES LLC,                CASE NO.

12              Plaintiff,

                                           **CERTIFICATION OF INTERESTED**
13      v.                                 **ENTITIES OR PERSONS**

14 PRETEC ELECTRONICS CORPORATION, a
dissolved California corporation; PTI GLOBAL,
15 INC., a California corporation; CHIU FENG
CHEN, an individual; GORDON YU, an
16 individual; TOMMY HO, an individual;
ROBERT WU, an individual; GRACE YU, an
17 individual; KUEI LU, an individual; and DOES
1 through 20,
18
              Defendants.
19

20      Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed

21 persons, associations of persons, firms, partnerships, corporations (including parent corporations) or

22 other entities (i) have a financial interest in the subject matter in controversy or in a party to the

23 proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be

24 substantially affected by the outcome of this proceeding:

25      None, other than the named parties in this action.

26

27

28

{00254514v1}

1 | Dated:  August **28**__, 2007                CARR & FERRELL *LLP*

2

3                                                  By: _Christine Watson_____

4                                                  ROBERT J. YORIO
                                                   COLBY B. SPRINGER
                                                   CHRISTINE S. WATSON

5

6                                                  Attorneys for Plaintiff
                                                   ACTICON TECHNOLOGIES LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00254514v1}                                       -2-

Certification of Interested Entities or Persons