# CARR & FERRELL LLP
### ATTORNEYS AT LAW

WRITER'S DIRECT DIAL NUMBER
(650) 812-3439

October 5, 2006

<u>By Facsimile and Certified Mail</u>

Gordon Yu
President
Pretec Electronics Corporation
40087 Mission Blvd. #162
Fremont, CA 94539
Fax: (510) 440-0534

Chiu-Feng Chen
Agent for Service of Process
Pretec Electronics Corporation
46791 Fremont Blvd.
Fremont, CA  94538

      Re:  <u>Acticon Technologies LLC v. Pretec Electronics Corp., et. al. (C 06-4679 JF)</u>

Dear Messrs. Yu and Chen:

      This letter serves to inform you of Acticon Technologies LLC's ("Acticon") intent to request entry of default judgment against Pretec Electronics Corp. ("Pretec").

      Acticon filed the enclosed Complaint and Summons in the above-referenced matter on August 1, 2006.  Pretec was served with the Complaint and Summons by personal service on Robert Wu, Operations Manager at Pretec, at 11:10 a.m. on August 17, 2006.  A copy of the Proof of Service of Summons is also enclosed.

      Pretec did not respond to the Complaint at any time on or before September 6, 2006, the deadline for Pretec to file an Answer or otherwise respond to the Complaint.  As a result, Acticon Technologies LLC requested entry of default against Pretec on September 15, 2006.  The Court entered default as to Pretec on September 18, 2006.  A copy of the Request to Enter Default and the Clerk's Entry of Default are enclosed for your review.

      Since the aforementioned entry of default, Pretec still has failed to offer any response or communication of any kind with respect to the present matter.  Consequently, Acticon will request that default judgment be entered against Pretec unless we hear from you by 5:00 p.m. Pacific Standard Time, on Wednesday, October 11, 2006.



{00203900v1}

Gordon Yu
Chiu-Feng Chen
October 5, 2006
Page Two


        Thank you for your attention to this matter.  Should you have any questions,
please do not hesitate to contact me.

                              Very truly yours,

                              CARR & FERRELL *LLP*

                              *Christine S. Watson*

                              Christine S. Watson

Encl.
CSW:map

cc:   Robert J. Yorio
      Colby B. Springer

{00203900v1}

1    PRETEC ELECTRONICS CORPORATION
      Attn: Tommy Ho, Operation Manager
2    46791 Fremont Blvd.
      Fremont, CA 94538
3    Telephone: 510-440-0535

4    Attorneys for Defendant PRETEC ELECTRONICS
      CORPORATION, Pro Per

5

6

7

8

9                      UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12    ACTICON TECHNOLOGIES, LLC          Case No. C-06-4679 JF (HRL)

13          Plaintiff,

14         v.                       **DEFENDANT PRETEC**
                                        **ELECTRONICS CORPORATION AND**
15    PRETEC ELECTRONICS               **C-ONE TECHNOLOGY**
       CORPORATION, a California corporation;     **CORPORATION'S MOTION TO**
16    and C-ONE TECHNOLOGY              **CHANGE TIME**
       CORPORATION, a Taiwan corporation,
17

18          Defendants.

19    AND RELATED CROSS ACTIONS

20         PRETEC ELECTRONICS CORPORATION and C-ONE TECHNOLOGY

21    CORPORATION move for an order extending the deadline for the INITIAL CASE

22    MANAGEMENT CONFERENCE (CMC) on 11/29/2006. Pretec and C-One have other

23    litigations pending in the United States. The attorneys of Pretec and C-One have just filed a

24    motion to withdraw as counsel and that motion was granted by the court. The court further

25    ordered Pretec and C-One to assign replacement counsel. Pretec and C-One have not yet obtained

26    new counsel and are seeking new attorney aggressively. Accordingly, to avoid prejudice to Pretec

27    and C-One and to allow Pretec and C-One sufficient opportunity to retain a counsel, Pretec and

28

                                                   Case No. C-06-46 | EXHIBIT ___ C ___

1  C-One respectfully request a 60 days extension of the current initial case management conference.

2  If this request is denied, Pretec and C-One will lose the opportunity to obtain a proper counsel

3  and will not be represented in this case.

4        For all of the aforementioned reasons, Pretec and C-One respectfully request a 60 days

5  extension of the current initial case management conference deadline.

6

7                                      Respectfully submitted,

8  Dated: Oct **19**, 2006            PRETEC ELECTRONICS CORPORATION

9

10                                  By: _____
                                     Tommy Ho, Operation Manager of Pretec

11                                C-ONE TECHNOLOGY CORP.

12                                By: _____

13                                      Gordon Yu, President of C-One

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-06-4679 HRL

## PROOF OF SERVICE

*ACTICON v. PRETEC, C-ONE et al.*
United States District Court Northern District of California (San Jose Division) –
**Case No.:C 06 4679 JF(HRL)**

    I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 46791 Fremont Blvd., Fremont, CA 94538.

    On October _19_ , 2006, I served the following document(s):

    **MOTION OF DEFENDANT C-ONE TECHNOLOGY CORPORATION AND PRETEC ELECTRONICS CORPORATION TO CHANGE TIME**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

ROBERT J. YORIO
COLBY B. SPRINGER
CHRISTINE S. WATSON
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303

( )    **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in Fremont, California.

(x)    **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

( )    **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s).

( )    **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

    Executed on June _____, 2006, in Fremont, California.

( )    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X)    **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

_____
Tommy Ho

1

**Christine Watson**

**From:**    Christine Watson
**Sent:**    Friday, October 27, 2006 10:07 AM
**To:**    'Tommy'
**Cc:**    Robert Yorio; Colby Springer
**Subject:** RE: Acticon v. Pretec

Dear Mr. Ho-

Thank you for your e-mail.  We would appreciate if you could also provide the sales information for C-One Technology Corporation as well.

Please do not hesitate to contact me if you have any questions.

Thank you,
Christine Watson

---

**From:** Tommy [mailto:TommyH@Pretec.com]
**Sent:** Thursday, October 26, 2006 3:21 PM
**To:** Christine Watson
**Cc:** Robert Yorio; Colby Springer
**Subject:** RE: Acticon v. Pretec

Christine:

Thanks for the information. We will study the accused products as you claimed. If we agree, then we will prepare the past years of sales information. If we disagree on some of the accused products, we will contact you to discuss. We will try to get as much sales information as possible.

Regards,
Tommy

-----Original Message-----
**From:** Christine Watson [mailto:cwatson@carrferrell.com]
**Sent:** Wednesday, October 25, 2006 4:13 PM
**To:** Tommy
**Cc:** Robert Yorio; Colby Springer
**Subject:** Acticon v. Pretec

Dear Mr. Ho-

Pursuant to your request during our telephone conversation this afternoon, I am providing you with a description of the accused products in the Acticon v. Pretec matter.  The accused products include certain of Pretec's PCMCIA and CompactFlash products:  CompactModem and CompactLAN cards, as well as PCMCIA I/O, communications, networking, multifunction and modem cards.  I understand, based on today's conversation, that you will promptly provide us with the past six years of annual sales information for Pretec's accused products.

Responding to your inquiry as to when we have previously contacted Pretec, we have been communicating with Pretec Electronics Corp., often through Gordon Yu, President of Pretec, since at least May 2002.



If this does not comport with your understanding or should you have any questions regarding this matter, please do not hesitate to contact me.  I look forward to receiving the annual sales information from you.

Best regards,

**Christine S. Watson**
*Attorney at Law*

(650) 812-3439 Direct
(650) 812-3444 Fax
CWatson@CarrFerrell.com



2200 Geng Roa
Palo Alto, CA 9430

The information contained in this electronic mail message and any attachments hereto is privileged and confidential information intended only for the use of the individual or entity named above or their designee. I the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return message or by telephone, and delete the original message from your mail system. Thank you.

2370830

**ARTICLES OF INCORPORATION**

**FILED**
in the office of the Secretary of State
of the State of California

**DEC 3 1 2001**

*Bill Jones*
BILL JONES, Secretary of State

### Article I

The name of the corporation is: **Pretec Technology, Inc.**

### Article II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

### Article III

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is one hundred thousand (100,000).

### Article IV

The name in the State of California of this corporation's initial agent for service of process is:

Business Filings Incorporated

### Article V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

_____
Richard A. Oster, Incorporator

EXHIBIT __E__

A0651965

**FILED**
in the office of the Secretary of State
of the State of California

OCT 2 7 2006

CERTIFICATE OF AMENDMENT
OF
ARTICLES OF INCORPORATION

The undersigned certify that:

1. She is the president and the secretary of Pretec Technology, Inc., a California Corporation.

2. Article ONE of the Articles of Incorporation of this corporation is amended to read as follows:

    ONE: The name of this corporation is PTI Global Inc.

3. The foregoing amendment of Articles of Incorporation has been duly approved by the board of directors.

4. The foregoing amendment of Articles of Incorporation has been duly approved by the required vote of shareholders in accordance with Section 902, California Corporations Code. The total number of outstanding shares of the corporation is 100,000 shares. The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than 50%.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of our own knowledge.

DATE: _____

_____
Grace Yu, President and Secretary

**Christine Watson**

| | |
|---|---|
| **From:** | Christine Watson |
| **Sent:** | Wednesday, November 15, 2006 10:01 AM |
| **To:** | 'Tommy' |
| **Subject:** | Acticon v. Pretec, et. al. |

Dear Mr. Ho-

I have not heard from you in quite some time and have been unsuccessful reaching you via telephone.  In our last correspondence, you agreed to provide certain sales figures for Pretec products.  Please contact me at the below number at your earliest convenience to discuss this matter.

Thank you,

**Christine S. Watson**
*Attorney at Law*

(650) 812-3439 Direct
(650) 812-3444 Fax
[CWatson@CarrFerrell.com](mailto:CWatson@CarrFerrell.com)



CARR & FERRELL LLP
ATTORNEYS AT LAW
2200 Geng Road
Palo Alto, CA 94303

The information contained in this electronic mail message and any attachments hereto is privileged and confidential information intended only for the use of the individual or entity named above or their designee. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return message or by telephone, and delete the original message from your mail system. Thank you.





# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___2___ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

APR 2 0 2007
_____

DEBRA BOWEN
Secretary of State

EXHIBIT __G__

 OSP 06 99733

D0830959    **FILED** DK

In the office of the Secretary of State
of the State of California

NOV 2 8 2006

*1828248*

## CERTIFICATE OF DISSOLUTION

CORPORATION NUMBER: D-1828248

CHIU FENG CHEN CERTIFIES THAT:

1. SHE IS THE DIRECTOR NOW IN OFFICE OF PRETEC ELECTRONICS CORP,
   A CALIFORNIA CORPORATION.

2. THE CORPORATION HAS BEEN COMPLETELY WOUND UP.

3. THE CORPORATION'S KNOWN DEBTS AND LIABILITIES HAVE BEEN
   ACTUALLY PAID.

4. THE CORPORATION'S KNOWN ASSETS HAVE BEEN DISTRIBUTED TO THE
   PERSONS ENTITLED THERETO.

5. A FINAL FRANCHISE TAX RETURN, AS DESCRIBED BY SECTION 23332 OF
   THE REVENUE AND TAXATION CODE, HAS BEEN OR WILL BE FILED WITH
   THE FRANCHISE TAX BOARD AS REQUIRED UNDER PART 10.2 (COMMENCING
   WITH SECTION 18401) OF DIVISION 2 OF THE REVENUE AND TAXATION
   CODE.

6. THE ELECTION TO DISSOLVE WAS MADE BY THE VOTE OF ALL THE
   OUTSTANDING SHARES.

7. THE CORPORATION IS DISSOLVED.

I FURTHER DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
STATE OF CALIFORNIA THAT THE MATTERS SET FORTH IN THIS CERTIFICATE
ARE TRUE AND CORRECT OF MY OWN KNOWLEDGE.

DATE: _11/22/06_

CHIU FENG CHEN, DIRECTOR





# News Release

## Pretec Announces the World's Fastest and most Rugged Industrial CompactFlash™ Card

**San Jose, California, April 3rd, 2007 –– Pretec**, the pioneer of the highest capacity flash memory cards of CF card (64GB) and USB Flash Drive, will demonstrate the worlds world's fastest and most rugged industrial CompactFlash Card (266X) today at ESC booth 1348.



With transfer rates of up to 40MB/sec (UDMA mode 5) and rugged metal construction, Pretec ruggedized Industrial CompactFlash™ card provides the highest performance and most reliable industrial grade storage solution in CompactFlash™ form factor. In addition to high performance, Pretec Ruggedized Industrial CompactFlash™ card also offers ultra low power consumption allowing for extended battery life in mobile or remote applications without an external power source.

Fully compliant with CompactFlash™ Specification, Pretec Ruggedized Industrial CompactFlash™ utilizes a rugged metal housing which is a standard feature allowing for greater resistance to shock and vibration and is also available in extended and high operating temperature rated versions allowing for operation in harsh environmental conditions from −20°C to 85°C and −40°C to 85°C.

In addition to high performance and ruggedized features, Pretec Ruggedized Industrial CompactFlash™ card is also available with the implementation of ATAPI-5 Security features allowing for device specific or operator specific security parameters to secure data from unauthorized use and or with mainbord BIOS integration, prevent the installation of an un secured CompactFlash™ Card making it the ideal storage solution for data sensitive applications.



EXHIBIT __H__

 

## About Pretec

Pretec™ (http://www.pretec.com) offers a complete spectrum of small form factor memory cards and card readers such as CF, SD MMC, and USB Flash Drive for digital imaging, mobile communication, and industrial flash markets. Pretec has consistently demonstrated the highest capacity cards first available in the world: such as CF card 80MB, 128MB, 160MB, 320MB, 640MB, 1.5GB, 3GB, 6GB, 12GB and 16GB CF card; the first 1GB and 4GB MMC card; the largest size 8GB and 16GB USB Flash Drive; and the highest capacity SD cards in 4GB and 8GB (SDHC). With more than 100 patents granted or filed, Pretec has also been offering the highest speed cards in the world such as CF 80X (2004), MMC 4.0 150X (2004), USB 166X/266X (2005), SD 133X (2005), MMC*plus*™ 266X (2005); and smallest size USB Flash drive in the world such as i-Disk Tiny ("Best Gear of 2003" by *TIME Magazine*), i-Disk Diamond (also known as Cu-Flash) (2005).

*For more information, please visit www.pretec.com

 *Note: i-Disk, i-Disk Tiny, or i-Disk Diamond are trademarks of Pretec Electronics Corporation. All other trademarks mentioned herein are recognized as the property of their respective holders.

**News Contact Window:**

| Worldwide | USA & Canada | Europe |
|---|---|---|
| Sally Hsuan | Brian Grundell | Joachim Kürten |
| TEL: +886-2-26594380 | TEL: +1-510-249-9055 | TEL: +49-2921981080 |
| Pretec_marketing@pretec.com | info@pretec.com | pretec@pretec-europe.com |



EXHIBIT



Amazon.com Seller Help: PTI Global Inc - Microsoft Internet Explorer provided by CF LLP

http://www.amazon.com/gp/help/seller/mp-about-seller.html/105-1857391-1719616?ie=UTF8&n

amazon.com | Your Amazon.com | See All 42 Product Categories | Your Account | Cart | Your Lists | Help |

Search Amazon.com | New Search | GO | Gift Certificates | Web Search | GO

## PTI Global Inc
PTI Global Inc Storefront

| At a Glance | Feedback | Shipping Rates | Returns | **Seller Help** |

**PTI Global Inc**

**Primary address:** 231 Whitney Place
Fremont
CA , 94539
USA

Contact this seller

**About PTI Global Inc**

Since1993, PRETEC brand has been recognized internationally for it's experience in pioneering innovative and quality products offered to the data storage, mobile computing and industrial markets. PRETEC brand is focused on global markets providing it's full-line of own brand-name products: USB device storage, Flash memory Card storage, Multi-Media solution, Mobile Peripherals, Multi-Function, Industrial storage and Accessory. PRETEC brand products with unique ID design and highest reliability create PRETEC's winning formula, reaching the customer's needs and enhancing your digital world.

amazon.com® | Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

EXHIBIT J







.: Pretec :. - Contact Information - Microsoft Internet Explorer provided by CF LLP

http://www.pretec.com/epages/Store.storefront/?ObjectPath=/Shops/Store.Pretec/Categories/Al

Live Search

Page ▾  Tools ▾

Categories ›› About ›› Contact Information

**Offices:**

**Headquarter - C-ONE Technology Corp.**
8F, No. 5, Lane 345, Yang Guang St., Neihu, Taipei, 114, Taiwan, R.O.C.
Tel: +886-2-26594380
Fax: +886-2-26594390
Email: pretec_info@pretec.com

**Europe branch office - PRETEC Europe Gmbh**
Auf der Borg 2b, D-59494 Soest, Germany
Tel: +49(0)2921-98108-0
Fax: +49(0) 2921-98108-29
Email: pretec@pretec-europe.com
On-line shopping in Europe: http://shop.pretec-europe.com/index.php?page=SN_Home

**China branch office - CARD-ONE International Trading (Shanghai) Co., Ltd.**
Rm2101 No.237 Lane 99 ZhongTan Rd.200061 Shanghai, China (中潭路99弄237号2101室)
Tel: +86-21-52927401
 Email: pretec_info@pretec.com

PTI Global Inc.
231 Whitney Place Fremont ,CA 94539 USA
Tel: 510-249-9055
Fax:510-249-9015
E-mail: sales@ptiglobalusa.com
Website: http://www.ptiglobalusa.com
     http://www.amazon.com/shops/pti_global

Product Search

Idisk Diamond

MMC PLUS,
SD Card
Memory Cards
with largest
capacity

EXHIBIT __M__



Amazon.com Feedback: PTI Global Inc - Microsoft Internet Explorer provided by CF LLP

http://www.amazon.com/gp/help/seller/feedback.html/105-1857391-1719616?ie=UTF8&orderID

**PTI Global Inc**
PTI Global Inc Storefront

| At a Glance | **Feedback** | Shipping Rates | Returns | Seller Help |

**PTI Global Inc**

| Feedback Count (Lifetime) | Positive | Neutral | Negative |
|---|---|---|---|
| 83 | 95% | 1% | 4% |

**All Feedback:**

Next Page

**5** out of **5**:    "very positive experience with this seller"
Date: 9/28/2007    Rated by Buyer: Steve I.

**5** out of **5**:    "very fast, clean nice box!"
Date: 9/25/2007    Rated by Buyer: raeandk3

**5** out of **5**:    "Excellent Pretec product. Excellent seller. Thank you."
Date: 9/24/2007    Rated by Buyer: bestdigitalstuff

**5** out of **5**:    "Excellent. Item arrived on time. Item as described."
Date: 9/18/2007    Rated by Buyer: jsellers6

**5** out of **5**:    "outstanding response"
Date: 9/8/2007    Rated by Buyer: nfurino2

**5** out of **5**:    "Great little flash drive, was happy to see a company was still selling it. Arrived quickly, in solid condition. Fast transfer speeds, and very stylish and durable."
Date: 8/16/2007    Rated by Buyer: Benjamin G.

**5** out of **5**:    "Everything was very good!"
Date: 8/5/2007    Rated by Buyer: Gregory F.

**5** out of **5**:    "Great product, reasonable price, quick shipping"
Date: 7/30/2007    Rated by Buyer: Cynthia G.

EXHIBIT N



# State of California
## Secretary of State

**S** 06-540320

### STATEMENT OF INFORMATION
(Domestic Stock Corporation)

4



FILED
IN THE OFFICE OF THE
SECRETARY OF STATE OF
THE STATE OF CALIFORNIA

DEC -5 2006

| FEES (Filing and Disclosure): $25.00. If amendment, see instructions. |
|---|
| **IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM** |

1. CORPORATE NAME (Please do not alter if name is preprinted.)

C2370030
PTI Global Inc.
231 Whitney Place
Fremont, CA 94538

Best Copy Available

This Space For Filing Use Only

**DUE DATE:  12-31-06**

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year.  Please see reverse for additional information regarding publicly traded corporations.

**NO CHANGE STATEMENT**

2. ☐  If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 15.

If there have been any changes to the information contained in the last Statement of Information filed with the Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city.  Items 3 and 4 cannot be P.O. Boxes.)

| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 231 Whitney Place | Fremont, CA | 94539 |

| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 231 Whitney Place | Fremont | CA | 94539 |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Kuei Lu | 231 Whitney Place | Fremont, CA | 94539 |

| 6. SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Kuei Lu | 231 Whitney Place | Fremont, CA | 94539 |

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Kuei Lu | 231 Whitney Place | Fremont, CA | 94539 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Kuei Lu | 231 Whitney Place | Fremont, CA | 94539 |

| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| 10. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
Kuei Lu

| 13. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 231 Whitney Place | Fremont | CA | 94539 |

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Electrics Parts Distributor

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| Kuei Lu | *[signature]* | President | 11/09/06 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | |

SI-380 N/C (REV 07/2006)

041116S

APPROVED

EXHIBIT  O



06 684489

# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Domestic Stock Corporation)

| S |

**FILED**
in the office of the Secretary of State
of the State of California

**MAY - 1 2006**

| **FEES (Filing and Disclosure): $25.00. If amendment, see instructions.** |
| --- |
| **IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM** |

1. CORPORATE NAME (Please do not alter if name is preprinted.)

Pretec Technology, Inc.
40067 Mission Blvd. #162
Fremont, CA 94539-3680

C 2770130

Best Copy Available

*This Space For Filing Use Only*

**DUE DATE:**

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| 2. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | CITY AND STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| | 40067 Mission Blvd. #162 | | Fremont, CA | 94539 |
| 3. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| | | | CA | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 4. | CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| | Grace Yu | 40067 Mission Blvd. #162 | Fremont, CA | 94539 |
| 5. | SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE |
| | Grace Yu | 40067 Mission Blvd. #162 | Fremont, CA | 94539 |
| 6. | CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
| | Grace Yu | 40067 Mission Blvd. #162 | Fremont, CA | 94539 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 7. | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| | Grace Yu | 40067 Mission Blvd. #162 | Fremont, CA | 94539 |
| 8. | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | Robert Wu | 40067 Mission Blvd. #162 | Fremont, CA | 94539 |
| 9. | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | Tommy Ho | 40067 Mission Blvd. #162 | Fremont, CA | 94539 |

10. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 12 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 12 must be left blank.)

11. NAME OF AGENT FOR SERVICE OF PROCESS

Grace Yu

| 12. | ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| | 40067 Mission Blvd. #162 | Fremont | CA | 94539 |

**TYPE OF BUSINESS**

13. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

Import / Export Electronics Products

14. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| Grace Yu | *Grace Yu* | Finance Director | 04/26/06 |
| --- | --- | --- | --- |
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| SI-200 C (REV 05/2005) | | APPROVED BY SECRETARY OF STATE |
| --- | --- | --- |





# State of California
# Secretary of State

**S**

## STATEMENT OF INFORMATION
### (Domestic Stock Corporation)

**E-251552**

# FILED

In the office of the Secretary of State
of the State of California

**Apr - 26 2006**

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**

**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

C2370830

PRETEC TECHNOLOGY, INC.

Best Copy Available

40087 MISSION BLVD. #162
FREMONT, CA 94539

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annu    within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 40087 MISSION BLVD. #162 FREMONT, CA 94539 | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 40087 MISSION BLVD. #162 FREMONT, CA 94539 | CITY | STATE | ZIP CODE |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 4. CHIEF EXECUTIVE OFFICER/ GRACE YU | 40087 MISSION BLVD. #162 FREMONT, CA 94539 | | |
| 5. SECRETARY/ GRACE YU | 40087 MISSION BLVD. #162 FREMONT, CA 94539 | | |
| 6. CHIEF FINANCIAL OFFICER/ GRACE YU | 40087 MISSION BLVD. #162 FREMONT, CA 94539 | | |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 7. BRIAN GRUNDELL | 46791 FREMONT BLVD. FREMONT, CA 94539 | | |
| 8. GRACE YU | 40087 MISSION BLVD. #162 FREMONT, CA 94539 | | |
| 9. GRACE YU | 46791 FREMONT BLVD. FREMONT, CA 94539 | | |

10. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 12 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 12 must be left blank.

11. NAME OF AGENT FOR SERVICE OF PROCESS

GRACE YU

| 12. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 40250 SAN SEBASTIAN PL FREMONT, CA 94539 | | | |

**TYPE OF BUSINESS**

13. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

IMPORT/EXPORT ELECTRONICS PROD

14. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

GRACE YU

| | | FINANCE DIECTOR | 04/26/2006 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

SI-200 C (REV 03/2005)

APPROVED BY SECRETARY OF STATE