LINDA SHAO (CA 182768)
LAW OFFICE OF LINDA SHAO, APLC
28 North First Street, Suite 618
San Jose, CA 95131
Phone:  408-873-3888
Fax:    408-873-3889
Attorney for Defendant PTI Global Inc.
Limited Scope of Representation for filing this Opposition only
Specially appearing only

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC | Case No. C07-4507BZ |
| Plaintiff, | |
| vs. | **DECLARATION OF CHI LIN TOM SUPPORTING PTI GLOBAL INC'S OPPOSITION TO PLAINTIFF'S EX PARTE MOTION FOR TRO** |
| PRETEC ELECTRONICS CORPORATION, et al. | |
| Defendants | |

I, Chin Lin Tom, solemnly swear that

1.    I am General Manager of PTI Global, Inc. since September 2006.  I am in custody of the Corporate documents.  I have personal knowledge of the facts stated herein or based on information and belief.

2.    The predecessor of PTI Global, Inc. is Pretec Technology, Inc.  Pretec Technology, Inc. is a complete distinct  legal entity from Pretec Electronics Corporation, the first named defendant in this case.  Plaintiff suggested that Pretec Electronics Corporation is a successor and a corporation created after dissolution of Pretec Electronics Corporation. That is not the case at all.  Pretec Technology, Inc. was established in January 2002, more than four (4) years before the alleged dissolution of Pretec Electronics Corporation.  Attached hereto in **EXHIBIT 1** is a true and accurate copy of the Articles of Incorporation of Pretec Technology Inc.

3. The corporation was renamed to be PTI Global Inc. with the paperwork submitted to the Secretary of State on October 23, 2006. The endorsed filed date of the Certificate of Amendment of the Articles of Incorporation Certificate made by the Secretary of State was not determined by PTI Global, Inc. as speculated by Plaintiff as shown in the Complaint. The endorsement was made by the Secretary of the State of California, which appeared to be misused by Plaintiff to support its theory for conspiracy shown in Paragraphs 34 and 35 of the Complaint.

4. PTI is in the business as a distributor only. It does not have any manufacturing business as speculated by Plaintiff in Paragraph 18 of the Complaint. There is no funding from Pretec Electronics Corporation as alleged by Plaintiff's Complaint paragraph 76.

5. There is only one shareholder of PTI, who is Kuei Lu, who is the sole director, and sole officer of PTI. Attached hereto in **EXHIBIT 2** is a true and accurate copy of the most current Statement of Information of PTI. Mr. Lu has been PTI's shareholder since January 1, 2006, well before the time when Pretec Electronics Corporation was allegedly sued. Thus, I believe Plaintiff mistook PTI to be a successor for Pretec Electronics Corporation.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and accurate. Executed on October 10, 2007 in San Jose, California.

_____
Chi Lin Tom

3. The corporation was renamed to be PTI Global Inc. with the paperwork submitted to the Secretary of State on October 23, 2006. The endorsed filed date of the Certificate of Amendment of the Articles of Incorporation Certificate made by the Secretary of State was not determined by PTI Global, Inc. as speculated by Plaintiff as shown in the Complaint. The endorsement was made by the Secretary of the State of California, which appeared to be misused by Plaintiff to support its theory for conspiracy shown in Paragraphs 34 and 35 of the Complaint.

4. PTI is in the business as a distributor only. It does not have any manufacturing business as speculated by Plaintiff in Paragraph 18 of the Complaint. There is no funding from Pretec Electronics Corporation as alleged by Plaintiff's Complaint paragraph 76.

5. There is only one shareholder of PTI, who is Kuei Lu, who is the sole director, and sole officer of PTI. Attached hereto in **EXHIBIT 2** is a true and accurate copy of the most current Statement of Information of PTI. Mr. Lu has been PTI's shareholder since January 1, 2006, well before the time when Pretec Electronics Corporation was allegedly sued. Thus, I believe Plaintiff mistook PTI to be a successor for Pretec Electronics Corporation.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and accurate. Executed on October 10, 2007 in San Jose, California.

Chi Lin Tom