2370830

# State of California



## SECRETARY OF STATE

I, *BILL JONES*, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

JAN 0 4 2002

*Bill Jones*

Secretary of State

Sec/State Form CE-107 (rev. 9/98)

OSP 01 55358

# ARTICLES OF INCORPORATION

ENDORSED - FILED
in the office of the Secretary of State
of the State of California

DEC 3 1 2001

BILL JONES, Secretary of State

## Article I

The name of the corporation is: **Pretec Technology, Inc.**

## Article II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

## Article III

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is one hundred thousand (100,000).

## Article IV

The name in the State of California of this corporation's initial agent for service of process is:

Business Filings Incorporated

## Article V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

Richard A. Oster, Incorporator

