# LAW OFFICES OF LINDA SHAO
A PROFESSIONAL LAW CORPORATION
28 N. First St., Ste. 618
San Jose, CA 95113
Tel: (408) 873-3888
Fax: (408) 873-3889

October 10, 2007

**Via Facsimile No.: (650) 812-3444**
Robert J. Yorio, Esq.
Carr & Ferrell, LLP
2200 Geng Road
Palo Alto, CA 94303

RE:    ACTICON vs. PRETEC et al
       Meet or confer re your ex parte motion for TRO

Dear Mr. Yorio:

This morning I called you on behalf of PTI Global, Inc. trying to settle with you without bothering the court for the purpose of judicial economy and of saving litigation costs of PTI Global, Inc., a very small corporation.

You agreed with me that not all defendants were served. You said that you would email to me the proofs of service you have.

You agreed with me that your firm did not comply with local rule 65-1. However, you meant to wait for our opposition and persisted on maintaining your motion for TRO.

I informed you of the factual errors contained in the Complaint that warrants Rule 12 motion to dismiss, but you refused to listen.

With this letter, I am urging you to take your ex parte motion for TRO off calendar to avoid wasting Defendant's attorneys fees and costs in defending this motion which is defective and should be denied.

My client has a very small business and cannot afford extraneous litigation. I also called you at least two times after our conversation and left messages. Please kindly respond at your earliest convenience if you will take the TRO off calendar.

Sincerely yours,
Linda Shao
