



About    Products    News & Events    On-Line Shopping    Services & Support    Where to Buy    Partne

Storage

Multimedia Solutions

Mobile Periphals

Multi Function

Accessories

Industrial



PRETEC
About Pretec

Extreme Performance
and Reliability

Product Search







Categories    About    Contact Information

## Offices:

Headquarter - PMT Inc.
10F, No.480, Rueiguang Road, Neihu, Taipei, 114, Taiwan, R.O.C.
Tel:    **+886-2-26582207**
Fax: +886-2-87510776

Email: **info@pmt.com.tw**
Related website: www.pmt.com.tw


For further technical support, you can also send the mail to  fae@pmt.com.tw; or send the mail t
marketing@pmt.com.tw for more marketing info.

## Distributors:

We have 83 distributors in 59 countries. Click here to see the list.

Find Your Compatible Pretec Product

Find a Pretec product that is compatible with your device:

Device Types:  Please select           Manufacturers:  Please select a Device Ty

copyright © 2006 Pretec - All