| | |
|---|---|
| 1 | LINDA SHAO (CA 182768) |
| | LAW OFFICE OF LINDA SHAO, APLC |
| 2 | 28 North First Street, Suite 618 |
| | San Jose, CA 95131 |
| 3 | Phone:  408-873-3888 |
| | Fax:     408-873-3889 |
| 4 | Attorney for Defendant PTI Global Inc. |
| | Limited Scope of Representation for filing this Opposition only |
| 5 | Specially appearing only |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC | Case No. C07-4507BZ |
| Plaintiff, | |
| vs. | **NOTICE OF ERRATA RE DECLARATION OF LINDA SHAO SUPPORTING PTI GLOBAL INC'S OPPOSITION TO PLAINTIFF'S EX PARTE MOTION FOR TRO and MOTION FOR PRELIMINARY INJUNCTION** |
| PRETEC ELECTRONICS CORPORATION, et al. | |
| Defendants | |

TO THE COURT AND PLAINTIFF AND PLAINTIFF'S COUNSEL:

Please take notice that during a rush in preparing PTI's Opposition to Plaintiff's Ex Parte Motion for TRO and Preliminary Injunction, there is inadvertent clerical error contained in Declaration of Linda Shao as follows:

<u>The first 8 lines of Paragraph 7 shown on Page Two should be deleted but inadvertently was not deleted</u>:  The **deleted** portion should be:

"From my reading of the Complaint, Plaintiff's Complaint is defective on its face for the very basic reason that Plaintiff misled the Court that Pretec Electronics Corporation is the same as Pretec Technology Inc. (the latter is the true predecessor of PTI Global, Inc.) and speculate that there were manufacturing equipments, remaining corporate funds or assets being transferred from Pretec Electronics Corporaiton to PTI Global, Inc.  Plaintiff's counsel made a correct statement of Paragraph 35 but in Paragraphs 19 (Complaint, Page 7, Lines 5-8), Paragraph 16 (Complaint, Page 4, Line 19), Paragraph 15 (Complaint, Page 4, Line 12) made inconsistent statement of fact by mistaking Pretec Electronics Corporation being the predecessor of PTI Global, Inc."

1
2  I declare under the penalty of perjury under the laws of the United States that the foregoing is true
3  and correct. Executed in San Jose, California on October 11, 2007.

4  Dated: October 11, 2007                         Respectfully submitted,

5                                                  Law Offices of Linda Shao, APLC

6

7                                                  By: /s/ Linda Shao
                                                   Linda Shao, Esq.
8                                                  Attorney for Defendant PTI Global, Inc.
                                                   Limited Scope of Representation for this
9                                                  Opposition only
                                                   Specially appearing only
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28