ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**DECLARATION OF CHRISTINE S. WATSON IN SUPPORT OF PLAINTIFF ACTICON TECHNOLOGIES LLC'S OPPOSITION TO DEFENDANT PTI GLOBAL, INC.'S MOTION TO CHANGE TIME**<br><br>Date:      November 9, 2007<br>Time:      9:00 a.m.<br>Judge:     Hon. Jeremy Fogel<br>Courtroom: 3, Fifth Floor |

I, the undersigned, CHRISTINE S. WATSON, declare as follows:

1. I am an attorney admitted to practice before all of the courts of the State of California. I am an associate with the firm of Carr & Ferrell *LLP*, the attorneys of record for plaintiff Acticon Technologies LLC ("Acticon"). I make this declaration in support of Acticon's Opposition to Defendant PTI Global, Inc.'s Motion to Change Time. I am one of the attorneys responsible for representing Acticon in this action, and the facts set out herein are within my

{00266136v1}                                          -1-
Declaration of Christine S. Watson ISO Plaintiff Acticon Technologies Opposition to
Defendant PTI Global, Inc.'s Motion to Change Time – C 07-4507 JF (HRL)

personal knowledge, or are based on documents in my possession and other information to which I have access in the course of my duties. If called upon to do so I could and would testify to the truth thereof.

2. Attached hereto as Exhibit "A" is a true and correct copy of defendant Pretec Electronics Corporations Motion to Change Time, dated October 19, 2006, in *Acticon Technologies LLC v. Pretec Electronics Corporation, et. al.*, Case No. 06-4679 JF (HRL).

3. Attached hereto as Exhibit "B" is a true and correct copy of defendant PTI Global, Inc.'s Motion to Change Time, dated October 26, 2007, in the instant case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this  [30]  day of October, 2007, at Palo Alto, California.


        /s/ Christine S. Watson
           CHRISTINE S. WATSON

{00266136v1}                                -2-
Declaration of Christine S. Watson ISO Plaintiff Acticon Technologies Opposition to
Defendant PTI Global, Inc.'s Motion to Change Time – C 07-4507 JF (HRL)

PRETEC ELECTRONICS CORPORATION
Attn: Tommy Ho, Operation Manager
46791 Fremont Blvd.
Fremont, CA 94538
Telephone: 510-440-0535

Attorneys for Defendant PRETEC ELECTRONICS
CORPORATION, Pro Per

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRETEC ELECTRONICS CORPORATION, a California corporation; and C-ONE TECHNOLOGY CORPORATION, a Taiwan corporation,<br><br>　　　　Defendants. | Case No. C-06-4679 JF (HRL)<br><br>**DEFENDANT PRETEC ELECTRONICS CORPORATION AND C-ONE TECHNOLOGY CORPORATION'S MOTION TO CHANGE TIME** |
| AND RELATED CROSS ACTIONS | |

　　PRETEC ELECTRONICS CORPORATION and C-ONE TECHNOLOGY CORPORATION move for an order extending the deadline for the INITIAL CASE MANAGEMENT CONFERENCE (CMC) on 11/29/2006. Pretec and C-One have other litigations pending in the United States. The attorneys of Pretec and C-One have just filed a motion to withdraw as counsel and that motion was granted by the court. The court further ordered Pretec and C-One to assign replacement counsel. Pretec and C-One have not yet obtained new counsel and are seeking new attorney aggressively. Accordingly, to avoid prejudice to Pretec and C-One and to allow Pretec and C-One sufficient opportunity to retain a counsel, Pretec and

EXHIBIT __A__    Case No. C-06-4679 JF (HRL)

1  C-One respectfully request a 60 days extension of the current initial case management conference.
2  If this request is denied, Pretec and C-One will lose the opportunity to obtain a proper counsel
3  and will not be represented in this case.
4      For all of the aforementioned reasons, Pretec and C-One respectfully request a 60 days
5  extension of the current initial case management conference deadline.

Respectfully submitted,

Dated: Oct **19**, 2006         PRETEC ELECTRONICS CORPORATION

By: _____
Tommy Ho, Operation Manager of Pretec

C-ONE TECHNOLOGY CORP.

By: _____
Gordon Yu, President of C-One

## PROOF OF SERVICE

*ACTICON v. PRETEC, C-ONE et al.*
United States District Court Northern District of California (San Jose Division) –
**Case No.:C 06 4679 JF(HRL)**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 46791 Fremont Blvd., Fremont, CA 94538.

On October _19_, 2006, I served the following document(s):

**MOTION OF DEFENDANT C-ONE TECHNOLOGY CORPORATION AND PRETEC ELECTRONICS CORPORATION TO CHANGE TIME**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

ROBERT J. YORIO
COLBY B. SPRINGER
CHRISTINE S. WATSON
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303

( )   **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in Fremont, California.

(x)   **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

( )   **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s).

( )   **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on June ____, 2006, in Fremont, California.

( )   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X)   (FEDERAL) I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

_____
Tommy Ho

1

1  PTI GLOBAL INC.
   Attn: Chi-Lin Tom, General Manager
2  231 Whitney Place
   Fremont, CA 94539
3  Telephone: 510-249-9055

4  Attorneys for Defendant PTI GLOBAL INC, Pro Per

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  ACTICON TECHNOLOGIES, LLC            Case No. C-07-4507 (JF) HRL

13           Plaintiff,

14      v.                                DEFENDANT PTI GLOBAL INC.
                                          MOTION TO CHANGE TIME
15  PRETEC ELECTRONICS
    CORPORATION, a dissolved California
16  corporation; PTI GLOBAL INC., a
    California corporation; CHIU FENG
17  CHEN, an individual; GORDON YU, an
    individual; TOMMY HO, an individual;
18  ROBERT WU, an individual; GRACE YU,
    an individual; KUEI LU, an individual; and
19  DOES 1 through 20,

20           Defendants.

21

22

23       PTI GLOBAL INC. moves for an order extending the deadline for the HEARING on

24  November 9, 2007 at 9:00 a.m. PTI GLOBAL INC. has other litigations pending in the United

25  States. PTI GLOBAL INC. is seeking for a patent attorney to represent PTI GLOBAL INC

26  aggressively. Accordingly, to avoid prejudice to PTI GLOBAL INC. and to allow PTI GLOBAL

27  INC. sufficient opportunity to retain an attorney, PTI GLOBAL INC. respectfully requests a 60

28  days extension of the HEARING. If this request is denied, PTI GLOBAL INC. will lose the

EXHIBIT __B__                           Case No. C-07-4507 (JF) HRL

1  opportunity to obtain a proper attorney and will be unrepresented in this case.
2      For all of the aforementioned reasons, PTI GLOBAL INC. respectfully requests a 60 days
3  extension of the HEARING deadline.

4

5                      Respectfully submitted,

6  Dated: Oct 26, 2007    PTI GLOBAL INC.

7                      By: _____
8                          Chi-Lin Tom, General Manager

2

Case No. C-07-4507 (JF) HRL

```
PTI GLOBAL INC.
231 Whitney Place
Fremont, CA 94539
Phone:  510-249-9055
Fax:    510-249-9015
Chi-Lin Tom, General Manager of PTI GLOBAL INC.
Limited Scope of Representation for filing this motion
to change time on HEARING
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>vs.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>Defendants | Case No. C07-4507 (JH) HRL<br><br>**Certificate of Service** |

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is _____ W W 5 /o--?-6-- .._

On October 26, 2007, I served the following documents

Defendant PTI Global, Inc.'s Motion to change time

upon:
Robert J. YOrio
Colby b. springer
Christine S. Watson
Carr & Ferrell, LLP
2200 Geng Road
Palo Alto, CA 94303

[ ]
[x]   BY PERSONAL SERVICE as follows: I delivered such envelope by hand to the office of the addressees, at the above-mentioned address on October 26, 2007 at about 9.3r p.m.


Executed on October 26, 2007, at Fremont, California.

I declare under penalty of perjury under the laws of the U.S. that the above is true and correct.

/s/ *[signature]* WWD 10-26-07
Name