**E-Filed 10/30/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRETEC ELECTRONICS CORPORATION, et al.,<br><br>　　　　　Defendants. | Case Number C 07-4507 JF (HRL)<br><br>ORDER[1] DENYING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME |

　　　On October 15, 2007, the Court denied Plaintiff's request for a temporary restraining order ("TRO") and set a hearing on Plaintiff's motion for preliminary injunction for November 9, 2007 at 9:00 a.m. Defendants now request a sixty (60) day extension of time for the hearing. Defendants assert that they are unable to obtain "a proper attorney" in time for the November 9 hearing. However, in opposing Plaintiff's motion for a TRO, Defendants were represented by counsel. Because it denied Plaintiff's request for a TRO in part because it was prepared to hear the issue of a preliminary injunction expeditiously, and because Defendants appear to be represented by counsel, the Court will deny Defendants' request for an extension of time.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-4507 JF (PVT)
ORDER DENYING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME.
(JFLC3)

## III. ORDER

Good cause therefor appearing, IT IS HEREBY ORDERED that Defendants' request for a sixty (60) day extension of time is DENIED. Plaintiff's motion for preliminary injunction will remain set for hearing on November 9, 2007 at 9:00 a.m.

DATED: October 30, 2007

_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:

2

3  cwatson@carrferrell.com

4

5

6  shaoyitai@yahoo.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-4507 JF (HRL)
ORDER DENYING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME.
(JFLC3)