LINDA SHAO (CA 182768)
LAW OFFICE OF LINDA SHAO, APLC
28 North First Street, Suite 618
San Jose, CA 95131
Phone: 408-873-3888
Fax:   408-873-3889
Attorney for Defendant PTI Global Inc.
Limited Scope of Representation for filing this Opposition only
Specially appearing only

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>vs.<br><br>PRETEC ELECTRONICS CORPORATION, et al.<br><br>Defendants | Case No. C07-4507BZ<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

As Linda Shao's limited scope of representation was for the filing of Opposition to the TRO application only, this Notice of Substitution of Attorney is for the purpose that the Court will not put Ms. Linda Shao on the email notification list in the future.

Dated: 10/31/07

                                                                Chi-Lin Tom, General Manager
                                                                of PTI Global Inc.

Dated:_____                          Law Offices of Linda Shao, APLC

                                                                _____/s/_____
                                                                Linda Shao