ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**PLAINTIFF ACTICON TECHNOLOGIES LLC'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date: November 9, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Jeremy Fogel<br>Courtroom: 3, Fifth Floor |

Plaintiff ACTICON TECHNOLOGIES LLC ("Plaintiff") requests that the Court take

judicial notice pursuant to Federal Rule of Evidence 201 of the following documents in connection

with Plaintiff's motion for preliminary injunction:

1.    Exhibit "E" to the Supplemental Declaration of Christine S. Watson ("Supp. Watson

Decl."), a true and correct copy of Acclaim Innovations LLC's Motion for Entry of Default and

Default Judgment in *Lexar Media, Inc. v. Pretec Electronics Corporation*, Case No. 00-4770 MJJ.

1        2.     Exhibit "F" to the Supp. Watson Decl., a true and correct copy of the Order filed

2  October 24, 2007, in *Sandisk Corp. v. Memorex Products, Inc.*, Case No. 01-4063 VRW.

3        3.     Exhibit "H" to the Supp. Watson Decl., a true and correct copy of the Notice

4  Vacating Motions Hearing on Acclaim Innovations LLC's Motion for Entry of Default and Default

5  Judgment in *Lexar Media, Inc. v. Pretec Electronics Corporation*, Case No. 00-4770 MJJ.

6

7                                 Respectfully submitted,

8  Dated:  November 2, 2007             CARR & FERRELL LLP

9

10                         By:  /s/ Christine S. Watson

11                            ROBERT J. YORIO
                               COLBY B. SPRINGER

12                            CHRISTINE S. WATSON

13                         Attorneys for Plaintiff
                             ACTICON TECHNOLOGIES LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Acticon Technologies LLC's Request for Judicial Notice
C 07-4507 JF (HRL)