```
 1  PTI GLOBAL INC.
    Attn: Chi-Lin Tom, General Manager            FILED
 2  231 Whitney Place
    Fremont, CA 94539                             2007 NOV -2  P 2:02
 3  Telephone: 510-249-9055
                                                  RICHARD W. WIEKING
 4  Attorneys for Defendant PTI GLOBAL INC, Pro Per   CLERK
                                                  U.S. DISTRICT COURT
 5                                                NO. DIST. OF CA. S.J
 6
 7
 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12  ACTICON TECHNOLOGIES, LLC              Case No. C-07-4507 (JF) HRL
13         Plaintiff,
                                           DEFENDANT PTI GLOBAL INC.
14         v.                              MOTION TO CHANGE TIME
15  PRETEC ELECTRONICS
    CORPORATION, a dissolved California
16  corporation; PTI GLOBAL INC., a
    California corporation; CHIU FENG
17  CHEN, an individual; GORDON YU, an
    individual; TOMMY HO, an individual;
18  ROBERT WU, an individual; GRACE YU,
    an individual; KUEI LU, an individual; and
19  DOES 1 through 20,
20         Defendants.
21
22
23         Pursuant to local rules 7-8 & 7-11, PTI GLOBAL INC. moves for an ex parte order
24  extending the deadline for the HEARING on November 9, 2007 at 9:00 a.m. The reasons are (1)
25  (1) Attorney Linda Shao has withdrawn from representing PTI Global Inc. (2) PTI GLOBAL INC.
26  is seeking for a patent attorney to represent PTI GLOBAL INC aggressively. (3) PTI GLOBAL
27  INC. simply downloaded a filing format for reference to file last motion for extension which has
28  no any relationship with other organization. Accordingly, to avoid prejudice to PTI GLOBAL
                                                       Case No. C-07-4507 (JF) HRL
```

1  INC. and to allow PTI GLOBAL INC. sufficient opportunity to retain an attorney, PTI GLOBAL
2  INC. respectfully requests a 2-3 weeks extension of the HEARING. If this request is denied, PTI
3  GLOBAL INC. will lose the opportunity to obtain a proper attorney and will be unrepresented in
4  this case.
5      For all of the aforementioned reasons, PTI GLOBAL INC. respectfully requests the Filing
6  the opposition to the motion for preliminary injunction to Nov 21, 2007 and HEARING date to
7  Nov 30, 2007.

9      I declare under penalty of perjury, under the law of the United States of America at
10 foregoing is true and correct.

                            Respectfully submitted,

Dated: Nov ___, 2007        PTI GLOBAL INC.

                            By: _____
                                Chi-Lin Tom, General Manager

                                                    Case No. C-07-4507 (JF) HRL
                            2