**E-Filed 11/08/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>PRETEC ELECTRONICS CORPORATION, et al.,<br><br>    Defendants. | Case Number C 07-4507 JF (HRL)<br><br>ORDER[1] DENYING DEFENDANTS'<br>REQUEST FOR AN EXTENSION OF<br>TIME |

  On October 15, 2007, the Court denied Plaintiff's request for a temporary restraining order ("TRO") and set a hearing on Plaintiff's motion for preliminary injunction for November 9, 2007 at 9:00 a.m. In denying the request for the TRO, the Court indicated that the parties could file supplemental briefs in support or opposition to the motion for preliminary injunction by November 2, 2007. Three days before the deadline for filing the supplemental briefs, Defendants requested a sixty (60) day extension of time for the hearing. Defendants asserted that they were unable to obtain "a proper attorney" in time for the November 9 hearing. The Court denied Defendants' request in part because Defendants were represented by counsel in opposing

---

  [1] This disposition is not designated for publication and may not be cited.

1  Plaintiff's request for a TRO.  After the Court issued its Order, Defendants' counsel filed a paper
2  with the Court entitled "Notice of Substitution of Counsel."  This paper requests that Defendants'
3  attorney not be placed on the email notification list in the future because she represented
4  Defendants for the limited purpose of defending the TRO.  On November 2, 2007, Defendants
5  filed a second request for an extension of time, again seeking additional time to hire counsel.

6  In opposing Plaintiff's motion, Defendants' former attorney filed opposition to Plaintiff's
7  request for a TRO *and* for preliminary injunction.  To this extent, Defendants already have had
8  the assistance of counsel in opposing Plaintiff's request for a preliminary injunction.  Because it
9  denied Plaintiff's request for a TRO in part because it was prepared to hear the motion for a
10 preliminary injunction expeditiously and Plaintiff will be prejudiced by delay in this case, the
11 Court will deny Defendants' second request for an extension of time.

### III. ORDER

13 Good cause therefor appearing, IT IS HEREBY ORDERED that Defendants' second
14 request for an extension of time is DENIED.  Plaintiff's motion for preliminary injunction will
15 remain set for hearing on November 9, 2007 at 9:00 a.m.

17 DATED:  November 8, 2007

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 07-4507 JF (HRL)
ORDER DENYING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME.
(JFLC3)

1  Copies of Order served on:

2

3  cwatson@carrferrell.com

4

5

6  shaoyitai@yahoo.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-4507 JF (HRL)
ORDER DENYING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME.
(JFLC3)