LINDA SHAO (CA 182768)
LAW OFFICE OF LINDA SHAO, APLC
28 North First Street, Suite 618
San Jose, CA 95131
Phone: 408-873-3888
Fax:   408-873-3889
Attorney for Defendant PTI Global Inc.
Limited Scope of Representation for filing this Opposition only
Specially appearing only

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>vs.<br><br>PRETEC ELECTRONICS CORPORATION, et al.<br><br>Defendants | Case No. C07-4507BZ<br><br>**LINDA SHAO'S REQUEST TO BE RELEASED FROM REPRESENTATION**<br><br>Date: 11/9/07<br>Time:<br>**Honorable Fogel** |

I, Linda Shao, declare that:

1.     I am duly licensed to practice law in the State of California and this District. I have personal knowledge of the facts stated herein.

2.     I was retained this late morning to help out the emergency situation of Defendant PTI Global, Inc. as being the due date for filing opposition to Plaintiff's Ex Parte Motion for TRO. My representation is with limited scope only to write the opposition to this motion.

3.     My scope of representation was agreed to be very limited for caring for its emergency situation because I am <u>not</u> a licensed patent attorney and from my rough understanding I believe there is an antitrust issue for the reason that the patent Plaintiff based its complaint on was not the original patent but an extended one which might have antitrust issue. However, as I am not a patent attorney, I cannot render any opinion over it. I asked PTI to look for a patent attorney but the General Manager Mr. Tong would be leaving the country for a long business trip and unable to find a patent attorney before he left. My understanding was that the company is very small with

only 3 staffs and Mr. Tong is the only one person who may handle this.  In pure benign intent to help them out in view of justice to defend against Plaintiff's wrongful TRO application, I helped them by working through night.  The TRO if issued will substantial impacted the small company's reputation on retailing, while Plaintiff confused the identify of parties and failed to do service on all parties.

4.      I did not receive retainer other than my writing work on opposition.  They understood that I was unable to make any comments on patent issues but purely on a general civil litigation issues.

5.      I saw that after Plaintiff's counsel received the e-filing notification of my substitution of attorney, Plaintiff filed their supplemental briefs <u>without seeking the Court's order to relief from the late filing in violation of the local rule.</u>  Such filings by Plaintiff apparently was made trying to take advantage of PTI's lack of counsel representation.  My task under the agreement with PTI is over, however.

6.      I have conflict of schedule pertaining to my two days trial next week at the Superior Court of California, Santa Clara County and have been rushing a very crucial paperwork to be filed today such that I do not think I will be able to squeeze a time to appear.  If I should finish the paperwork before the hearing time, which I doubt I could, I would appear.

7.      I was told by the clerk last Friday that the Court requires me to do a Request because PTI is a corporation that cannot be without counsel.  Initially I intended to appear but now seems like impossible and thus submit this in writing instead of making appearance.  I respectfully requests the Court to release me from representation of PTI.

 I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated:  11/9/2007

_____/s/_____
Linda Shao

**Certificate of Service**

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 28 N. First St., Ste. 618; San Jose, CA 95113.

On November 9, 2007, while Plaintiff's counsel will receive automatic efiling notification, I will cause the server to serve the following documents

Linda Shao's request to be released from representation and filed substitution of attorney; proposed order of release

upon:
Robert J. Yorio
Colby b. springer
Christine S. Watson
Carr & Ferrell, LLP
2200 Geng Road
Palo Alto, CA 94303

[x]   BY PERSONAL SERVICE to deliver such envelope by hand to the office of the addressees, at the above-mentioned address before 11:00 a.m. today.

Executed on November 9, 2007, at Cupertino, California.

I declare under penalty of perjury under the laws of the U.S. that the above is true and correct.

/s/_____
Linda Shao

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in San Jose, California on October 10, 2007.

___/s/_____
Linda Shao