LINDA SHAO (CA 182768)
LAW OFFICE OF LINDA SHAO, APLC
28 North First Street, Suite 618
San Jose, CA 95131
Phone: 408-873-3888
Fax:    408-873-3889
Attorney for Defendant PTI Global Inc.
Limited Scope of Representation for filing this Opposition only
Specially appearing only

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| ACTICON TECHNOLOGIES LLC | Case No. C07-4507BZ |
|---|---|
| Plaintiff, | **[proposed] ORDER** |
| vs. | **Date: 11/9/07** |
| PRETEC ELECTRONICS CORPORATION, et al. | **Time:** <br> **Honorable Fogel** |
| Defendants | |

Good cause shown, the COURT orders that Linda Shao, Esq. and her firm, Law Offices of Linda Shao, A Professional Law Corporation, be released from representation of PTI Global, Inc.

Dated: 11/9/2007

_____
Honorable Judge