UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, November 9, 2007
**Case Number:** CV-07-4507-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | ACTICON TECHNOLOGIES V. PRETEC ELECTRONICS CORPORATION, ET AL |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Attorneys Present: Christine Watson | Attorneys Present: |

PROCEEDINGS:

    Hearing on Motion for Preliminary Injunction held.  Counsel for plaintiff is present.  Chi-Lin Tom, General Manager for PTI, is present.  The Court takes the motion under submission.