LINDA SHAO (CA 182768)
LAW OFFICE OF LINDA SHAO, APLC
28 North First Street, Suite 618
San Jose, CA 95131
Phone:  408-873-3888
Fax:    408-873-3889
Attorney for Defendant PTI Global Inc.
Limited Scope of Representation for filing this Opposition only
Specially appearing only

**E-filed 11/13/07**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC<br><br>        Plaintiff,<br><br>    vs.<br><br>PRETEC ELECTRONICS CORPORATION, et al.<br><br>        Defendants | Case No. C07-4507BZ<br><br>[~~proposed~~] ORDER<br><br>**Date:  11/9/07**<br>**Time:**<br>**Honorable Fogel** |

Good cause shown, the COURT orders that Linda Shao, Esq. and her firm, Law Offices of Linda Shao, A Professional Law Corporation, be released from representation of PTI Global, Inc.

Dated: ~~11/9/2007~~ 11/13/07

_____
Honorable Judge Jeremy Fogel
U.S. District Court