1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
4  CARR & FERRELL *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone:  (650) 812-3400
6  Facsimile:   (650) 812-3444

7  Attorneys for Plaintiff
   ACTICON TECHNOLOGIES LLC

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

| 13 | ACTICON TECHNOLOGIES LLC, | CASE NO. C 07-4507 JF (HRL) |
|---|---|---|
| 14 | Plaintiff, | NOTICE OF POSTING OF BOND |
| 15 | v. | |
| 16 | PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI | |
| 17 | GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON | |
| 18 | YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an | |
| 19 | individual; KUEI LU, an individual; and DOES 1 through 20, | |
| 20 | Defendants. | |
| 21 | | |

22        PLEASE TAKE NOTICE that pursuant to the Court's Order dated November 13, 2007

23  plaintiff Acticon Technologies LLC hereby posts the attached $5,000 bond.

24  Dated:  November 19, 2007              CARR & FERRELL *LLP*

25

26                                        By:  /s/ Christine S. Watson
                                               ROBERT J. YORIO
                                               COLBY B. SPRINGER
27                                             CHRISTINE S. WATSON

28                                        Attorneys for Plaintiff
                                          ACTICON TECHNOLOGIES LLC

                                 -1-

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

Bond No. 6488748

ACTICON TECHNOLOGIES LLC,

    Plaintiff,

v.

PRETEC ELECTRONICS CORPORATION, et al.,

    Defendants.

CASE NUMBER: C 07-4507 JF

WHEREAS, the above named Plaintiff desires to give an undertaking for Preliminary Injunction.

NOW, THEREFORE, the undersigned Safeco Insurance Company of America, a corporation organized and existing under and by virtue of the laws of the State of Washington and authorized to transact the business of Surety in the State of California, does hereby obligate itself, its successors and assigns to the above named Defendants under said titled action in accordance with the findings of the Court, in the sum of Five Thousand and No/100 Dollars ($5,000.00).

IN TESTIMONY WHEREOF, the said Surety has caused these presents to be executed and its corporate seal attached by its duly authorized attorney-in-fact at San Francisco, California this 16th day of November, 2007.

Safeco Insurance Company of America

By: _____

Shailesh Patel, Attorney-In-Fact

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF <u>CALIFORNIA</u>            )
                                     )
COUNTY OF <u>SAN FRANCISCO</u>    )


On  <u>November 16, 2007</u>            before me,  <u>Yolanda A. Halal, Notary Public</u>
            *Date*                                         *Name, Title of Officer, Notary Public*

personally appeared  <u>Shailesh Patel,  Attorney-In-Fact</u>
                                    *NAME(S) OF SIGNER(S)*

☒ personally  known  to me – ~~OR × XX proved to me on the bases of satisfactory evidence~~

to  be  the  person(s)  whose  name(s)  is/~~are~~  subscribed  to  the  within  instrument  and

acknowledged  to  me  that  he/~~she/they~~  executed  the  same  in  his/~~her/their~~  authorized

capacity(~~ies~~), and that  by his/~~her/their~~  signature(s) on the instrument the person(s), or

the entity upon behalf of which the person(s) acted, executed the instrument.


**WITNESS my hand and official seal.**

*Yolanda A. Halal*
     *Signature of Notary*

YOLANDA A. HALAL
COMM. # 1716321
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires January 13, 2011



**POWER
OF ATTORNEY**

Safeco Insurance Companies of America
Safeco Plaza
Seattle, WA 98185

No.    8057

**KNOW ALL BY THESE PRESENTS:**

That **SAFECO INSURANCE COMPANY OF AMERICA,** a Washington corporation, does hereby appoint

**\*\*\*\*\*\*\*\*\*\*\*SAUNDRA L. GINGRAS; BARBIE NORTON; SHAILESH PATEL; DEVAN PERONA; JEFF PREVOST;**
San Francisco, CA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

its true and lawful attorney(s)-in-fact, with full authority to execute on behalf of the company fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind **SAFECO INSURANCE COMPANY OF AMERICA** thereby as fully as if such instruments had been duly executed by its regularly elected officers at its home office.

**IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA has executed and attested these presents**

this    12th    day of    November    ,    2007    .

*Stephanie Daley-Watson*

**STEPHANIE DALEY-WATSON, SECRETARY**

*T A Mikolajewski*

**TIM MIKOLAJEWSKI, SENIOR VICE-PRESIDENT, SURETY**

**CERTIFICATE**

Extract from the By-Laws of **SAFECO INSURANCE COMPANY OF AMERICA:**

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of
**SAFECO INSURANCE COMPANY OF AMERICA** adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
   (i)   The provisions of Article V, Section 13 of the By-Laws, and
   (ii)  A copy of the power-of-attorney appointment, executed pursuant thereto, and
   (iii) Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be facsimile thereof."

I, Stephanie Daley-Watson    , Secretary of **SAFECO INSURANCE COMPANY OF AMERICA**, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of this corporation, and of a Power of Attorney issue pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

**IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation**

this    16th    day of    November    ,    2007    .

*Stephanie Daley-Watson*

**STEPHANIE DALEY-WATSON, SECRETARY**

S-1300/SAEF 2/01

Safeco® and the Safeco logo are registered trademarks of Safeco Corporation.

WEB PDF

CASE NAME: *Acticon Technologies v. Pretec Electronics, et al.*    CASE NO. C 07-4507 JF (HRL)

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303.  I am employed in the county of Santa Clara where this service occurs.  I am over the age of 18 years and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as NOTICE OF POSTING OF BOND

☒    (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒    (BY EMAIL) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

☒    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

Chi-Lin Tom, General Manager
PTI Global, Inc.
231 Whitney Place
Fremont, CA 94539-7664
Fax: (510) 249-9015
Email: chilint@ptiglobalusa.com
DEFENDANT

☒    *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 19, 2007 at Palo Alto, California.

Matthew Peterson