1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
4  CARR & FERRELL *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone:  (650) 812-3400
6  Facsimile:   (650) 812-3444

7  Attorneys for Plaintiff
   ACTICON TECHNOLOGIES LLC
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13 | ACTICON TECHNOLOGIES LLC,                              | CASE NO. C 07-4507 JF (HRL)
14 |        Plaintiff,                                      |
                                                            | **PROOF OF SERVICE OF SUMMONS
15 |    v.                                                  | AND COMPLAINT ON DEFENDANT
                                                            | GRACE YU**
16 | PRETEC ELECTRONICS CORPORATION, a                      |
   | dissolved California corporation; PTI                  |
17 | GLOBAL, INC., a California corporation;                |
   | CHIU FENG CHEN, an individual; GORDON                  |
18 | YU, an individual; TOMMY HO, an individual;            |
   | ROBERT WU, an individual; GRACE YU, an                 |
19 | individual; KUEI LU, an individual; and DOES           |
   | 1 through 20,                                          |
20 |                                                        |
   |        Defendants.                                     |
21

22

23

24

25

26

27

28

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Acticon Technologies LLC

v.

Pretec Electronics Corporation; PTI Global, Inc.;
Chiu Feng Chen; Gordon Yu; Tommy Ho; Robert
Wu; Grace Yu; Kuei Lu; and Does 1 through 20

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 4507 BZ

TO: (Name and address of defendant)

GRACE YU

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Yorio
Colby B. Springer
Christine S. Watson
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303

an answer to the complaint which is herewith served upon you, within **twenty** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

DATE  AUG 3 0 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/12/2007 |
| NAME OF SERVER (PRINT) Anibal Alejandro Merino | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:
    Gabriel Hernandez, at 40250 San Sebastian Place, Fremont, CA 94539, at 12:10 PM

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $146.80 | TOTAL $146.80 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/13/2007
              Date

*Signature of Server*

75 Columbia Square, San Francisco, CA 94103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1  CASE NAME: *Acticon Technologies v. Pretec Electronics, et al.*    CASE NO. C 07-4507 JF (HRL)

2  PROOF OF SERVICE

3      I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

    On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT GRACE YU

[x]    (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

[x]    (BY EMAIL) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

[x]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

Chi-Lin Tom, General Manager  
PTI Global, Inc.  
231 Whitney Place  
Fremont, CA 94539-7664  
Fax: (510) 249-9015  
Email: chilint@ptiglobalusa.com  
DEFENDANT

[x]    *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 26, 2007 at Palo Alto, California.

*/s/ Matthew Peterson*  
Matthew Peterson