ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>　　　　　Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**PLAINTIFF ACTICON TECHNOLOGIES LLC'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT PTI GLOBAL, INC.** |

　　　　Plaintiff ACTICON TECHNOLOGIES LLC hereby requests that the Clerk of the above-entitled Court enter a default in this matter against Defendant PTI GLOBAL, INC.  The request for entry of default in made on the ground that Defendant PTI GLOBAL, INC. has been properly served with the Complaint in this action and has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

　　　　Plaintiff ACTICON TECHNOLOGIES LLC personally served the Complaint on Defendant PTI GLOBAL, INC. on October 5, 2007, as evidenced by the proof of service attached to the

1 Declaration of Christine S. Watson. The time for Defendant to file an Answer or other responsive
2 pleading was never extended by any agreement. The time for Defendant to file an Answer or other
3 responsive pleading thus expired on October 25, 2007.
4     These facts, and additional relevant information, are set forth in the Declaration of Christine
5 S. Watson in Support of Plaintiff ACTICON TECHNOLOGIES LLC's Request for Entry of
6 Default filed herewith.

8 Dated: November 27, 2007     CARR & FERRELL LLP

10     By: /s/ Christine S. Watson
    ROBERT J. YORIO
11     COLBY B. SPRINGER
    CHRISTINE S. WATSON

    Attorneys for Plaintiff
    ACTICON TECHNOLOGIES LLC

CASE NAME: *Acticon Technologies v. Pretec Electronics, et al.*    CASE NO. C 07-4507 JF (HRL)

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as PLAINTIFF ACTICON TECHNOLOGIES LLC'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT PTI GLOBAL, INC.

[x] (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

[x] (BY EMAIL) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

[x] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

Chi-Lin Tom, General Manager
PTI Global, Inc.
231 Whitney Place
Fremont, CA 94539-7664
Fax: (510) 249-9015
Email: chilint@ptiglobalusa.com
DEFENDANT

By Mail Only
Grace Yu
40250 San Sebastian Place
Fremont, CA 94539-3669
DEFENDANT

[x] *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 27, 2007, at Palo Alto, California.

Matthew Peterson

C 07-4507 JF (HRL)