ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, | CASE NO. C 07-4507 JF (HRL) |
| Plaintiff, | |
| v. | **DECLARATION OF CHRISTINE S. WATSON IN SUPPORT OF PLAINTIFF ACTICON TECHNOLOGIES LLC'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANT PTI GLOBAL, INC.** |
| PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | |
| Defendants. | |

I, Christine S. Watson, declare as follows:

1. I am an attorney at law licensed to practice before this Court and a member of the law firm of Carr & Ferrell LLP, counsel of record for ACTICON TECHNOLOGIES LLC ("ACTICON"), on whose behalf I make this declaration. I am one of the attorneys responsible for representing ACTICON in this action, and the facts set out herein are within my personal knowledge, or are based on documents in my possession and other information to which I have access in the course of my duties. If called upon to do so I could and would testify to the truth

thereof.

2. Plaintiff ACTICON filed its Complaint against Defendant PTI GLOBAL, INC. ("PTI GLOBAL, INC.") in this Court on August 20, 2007 for patent infringement and other causes of action.

3. On October 5, 2007, Chi-Lin Tom, General Manager for PTI GLOBAL, INC., was personally served with the Complaint, Summons, and necessary associated documents at 231 Whitney Place, Fremont, California, on behalf of PTI GLOBAL, INC. Attached hereto as Exhibit "A" is a true and correct copy of the Proof of Service of Process upon Defendant PTI GLOBAL, INC.

4. Neither PTI GLOBAL, INC., nor anyone purporting to act on PTI GLOBAL, INC.'s behalf, has requested, nor received from Plaintiff or Plaintiff's counsel, any extension of time of the deadline to respond to the Complaint. **The time for Defendant to file an answer or otherwise respond to the Complaint expired on OCTOBER 25, 2007**. Defendant PRETEC has not filed an answer or other responsive pleading. Plaintiff ACTICON TECHNOLOGIES LLC therefore requests entry of default by the Court's clerk.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 27th day of November, 2007, in Palo Alto, California.

      /s/ Christine S. Watson
Christine S. Watson

-2-
Declaration of Christine S. Watson in Support of Plaintiff Acticon Technologies LLC's
Request for Entry of Default Against Defendant PTI Global, Inc. – C 07-4507 JF (HRL)

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, | CASE NO. C 07-4507 JF (HRL) |
| Plaintiff, | |
| v. | PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT PTI GLOBAL, INC. |
| PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | |
| Defendants. | |

EXHIBIT A

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Acticon Technologies LLC

v.

Pretec Electronics Corporation; PTI Global, Inc.; Chiu Feng Chen; Gordon Yu; Tommy Ho; Robert Wu; Grace Yu; Kuei Lu; and Does 1 through 20

SUMMONS IN A CIVIL CASE

CASE NUMBER: **BZ**

C 07 4507

TO: (Name and address of defendant)

PTI GLOBAL, INC.
231 Whitney Place
Fremont, California 94539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Yorio
Colby B. Springer
Christine S. Watson
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303

an answer to the complaint which is herewith served upon you, within **twenty** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_Helen L. Almacen_
(BY) DEPUTY CLERK

AUG 3 0 2007
DATE_____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/5/2007 |
| NAME OF SERVER *(PRINT)* Anita Bennett | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   PTI Global, Inc., 231 Whitney Place, Fremont, CA 94539

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
   Chilin Ton, authorized agent for service of process, accepted on behalf of PTI Global, Inc., at 1:45 PM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $146.80 | TOTAL $146.80 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/9/2007      *[signature]*
              Date                Signature of Server

                  75 Columbia Square, San Francisco, CA 94103
                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CASE NAME: *Acticon Technologies v. Pretec Electronics, et al.*   CASE NO. C 07-4507 JF (HRL)

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as DECLARATION OF CHRISTINE S. WATSON IN SUPPORT OF PLAINTIFF ACTICON TECHNOLOGIES LLC'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANT PTI GLOBAL, INC.

[x] (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

[x] (BY EMAIL) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

[x] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

Chi-Lin Tom, General Manager
PTI Global, Inc.
231 Whitney Place
Fremont, CA 94539-7664
Fax: (510) 249-9015
Email: chilint@ptiglobalusa.com
DEFENDANT

By Mail Only
Grace Yu
40250 San Sebastian Place
Fremont, CA 94539-3669
DEFENDANT

[x] *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 27, 2007, at Palo Alto, California.

Matthew Peterson