**Danning Jiang, Esq. (CA BAR No. 196985)**
Djiang@jianglawgroup.com
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Special Appearing Defendant Grace Yu**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, ) | CASE NO. C 07-4507 JF (HRL) |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF MOTION TO DISMISS |
| Vs. ) | BY SPECIAL APPEARING |
| ) | DEFENDANT GRACE YU FOR |
| PRETEC ELECTRONICS ) | INSUFFICIENCY SERVICE OF |
| CORPORATION, a dissolved California ) | SUMMONS AND COMPLAINT |
| corporation; PTI GLOBAL, INC., a ) | [FRCP 12(b)(5)] |
| California corporation; CHIU FENG ) | |
| CHEN, an individual; GORDON YU, an ) | |
| individual; TOMMY HO, an individual; ) | Dated: January 25, 2008 |
| ROBERT WU, an individual; GRACE YU, ) | Time: 9:00 a.m. |
| an individual; and DOES 1 through 20, ) | Place: 280 S. First St., Courtroom 3 |
| ) | San Jose, CA 95113 |
| Defendants. ) | Judge: Hon. Jeremy Fogel |
| ) | |

TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:

PLEASE TAKE NOTICE that on January 25, 2008 at 9:00 a.m. or as soon thereafter as the matter can be heard, in Courtroom 3 of this Court, before Hon. Jeremy Fogel, on the Law and Motion Calendar, at the above-captioned court, located at 280 South First Street, San Jose,

NOTICE OF MOTION TO DISMISS BY SPECIAL APPEARING DEFENDANT GRACE YU [FRCP 12(b)(5)]    Page 1

California 95113, special appearing defendant Grace Yu will move to dismiss for insufficient service of summons and complaint pursuant to FRCP Rule 12(b)(5) and Rule 4(e)(2).

The motion will be based upon this notice, the attached memorandum of points and authorities, declaration of Grace Yu, and the records and files in this action.

Dated: December 3, 2007        **LAW OFFICES OF DANNING JIANG**

By: /s/ Danning Jiang
DANNING JIANG, Esq.
Attorneys for special appearing defendant
GRACE YU