**Danning Jiang, Esq. (CA BAR No. 196985)**
**Djiang@jianglawgroup.com**
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Special Appearing Defendant**
**Grace Yu**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,    ) | CASE NO.  C 07-4507 JF (HRL) |
|      ) | |
|      Plaintiff,    ) | |
|      ) | **DECLARATION OF SPECIAL** |
| Vs.    ) | **APPEARING DEFENDANT** |
|      ) | **GRACE YU IN SUPPORT OF** |
| PRETEC ELECTRONICS    ) | **MOTION TO DISMISS FOR** |
| CORPORATION, a dissolved California    ) | **INSUFFICIENCY SERVICE OF** |
| corporation; PTI GLOBAL, INC., a    ) | **SUMMONS AND COMPLAINT** |
| California corporation; CHIU FENG    ) | **[FRCP 12(b)(5)]** |
| CHEN, an individual; GORDON YU, an    ) | |
| individual; TOMMY HO, an individual;    ) | |
| ROBERT WU, an individual; GRACE YU, ) | **Dated:  January 25, 2008** |
| an individual; and DOES 1 through 20,    ) | **Time:    9:00 a.m.** |
|      ) | **Place:   280 S. First St., Courtroom 3** |
|      Defendants.    ) | **San Jose, CA 95113** |
|      ) | **Judge:  Hon. Jeremy Fogel** |

I, GRACE YU, hereby state as follows:

      1.     I am a defendant in the above captioned action.  I hereby make a special appearance for the sole purpose of this motion to dismiss the action against me based on plaintiff's insufficient service of summons and complaint on me.

2.      The statements made in this declaration are based upon my own personal

knowledge, except as to those matters stated on information or belief; however, as to those

matters stated on information and belief, I believe them to be true.

3.      Recently, I came to know that plaintiff submitted to the Court a Proof of Service

of Summons and Complaint on Defendant Grace Yu.  A true and correct copy of the Proof of

Service is attached hereto as Exhibit 1.

4.      In the Proof of Service, plaintiff's server alleges that he/she served the

Summons and Complaint on me on 11/12/1007 by leaving copies to "Gabriel Hernandez, at

40250 San Sebastian Place, Fremont, CA 94539, at 12:10 PM".  The server also states that

"Gabriel Hernandez" is a person of "**discretion then residing therein**".

5.      My residence address is at 40250 San Sebastian Place, Fremont, CA 94539.

However, I do not know a person of "Gabriel Hernandez" and I do not have a person named

"Gabriel Hernandez" living in my residence at all.

6.      I have never been personally delivered a copy of plaintiff's summons or

complaint.  I have never authorized any one to receive service of process on my behalf.

7.      Based on information and belief, I believe that the Proof of Service was falsely

made by plaintiff's server.


I declare under the penalty of perjury under the laws of the United States of America

and the State of California that the foregoing is true and correct, and that this Declaration was

executed in Fremont, California.


Date: December 3, 2007                          /s/ Grace Yu_____
                                                GRACE YU