**EXHIBIT 1**

| | |
|---|---|
| 1 | ROBERT J. YORIO (SBN 93178) |
|   | yorio@carrferrell.com |
| 2 | COLBY B. SPRINGER (SBN 214868) |
|   | cspringer@carrferrell.com |
| 3 | CHRISTINE S. WATSON (SBN 218006) |
|   | cwatson@carrferrell.com |
| 4 | CARR & FERRELL *LLP* |
|   | 2200 Geng Road |
| 5 | Palo Alto, California 94303 |
|   | Telephone: (650) 812-3400 |
| 6 | Facsimile: (650) 812-3444 |
| 7 | Attorneys for Plaintiff |
|   | ACTICON TECHNOLOGIES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, | CASE NO. C 07-4507 JF (HRL) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT GRACE YU** |
| PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | |
| Defendants. | |

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Acticon Technologies LLC

v.

Pretec Electronics Corporation; PTI Global, Inc.;
Chiu Feng Chen; Gordon Yu; Tommy Ho; Robert
Wu; Grace Yu; Kuei Lu; and Does 1 through 20

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 4507 BZ**

TO: (Name and address of defendant)

GRACE YU

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Yorio
Colby B. Springer
Christine S. Watson
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303

an answer to the complaint which is herewith served upon you, within **twenty** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

DATE  AUG 3 0 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>11/12/2007 |
| NAME OF SERVER *(PRINT)*<br>Anibal Alejandro Merino | TITLE<br>Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:
   Gabriel Hernandez, at 40250 San Sebastian Place, Fremont, CA 94539, at 12:10 PM

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$146.80 | TOTAL<br>$146.80 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/13/2007
              Date               *Signature of Server*

              75 Columbia Square, San Francisco, CA 94103
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| 1 | CASE NAME: *Acticon Technologies v. Pretec Electronics, et al.*   CASE NO. C 07-4507 JF (HRL) |

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT GRACE YU

[x]   (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

[x]   (BY EMAIL) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

[x]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

Chi-Lin Tom, General Manager
PTI Global, Inc.
231 Whitney Place
Fremont, CA 94539-7664
Fax: (510) 249-9015
Email: chilint@ptiglobalusa.com
DEFENDANT

[x]   *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 26, 2007 at Palo Alto, California.

Matthew Peterson

**Service of Process:**

[5:07-cv-04507-JF Acticon Technologies LLC v. Pretec Electronics Corporation et al](#)
ADRMOP, AO279, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

---

The following transaction was received from by Watson, Christine entered on 11/26/2007 12:20 PM PST and filed on 11/26/2007
**Case Name:**         Acticon Technologies LLC v. Pretec Electronics Corporation et al
**Case Number:**       [5:07-cv-4507](#)
**Filer:**             Acticon Technologies LLC
**Document Number:** [33](#)

**Docket Text:**
CERTIFICATE OF SERVICE by Acticon Technologies LLC *of Summons and Complaint on Defendant Grace Yu* (Watson, Christine) (Filed on 11/26/2007)


**5:07-cv-4507 Notice has been electronically mailed to:**

Colby B. Springer     cspringer@carrferrell.com

Christine S. Watson     cwatson@carrferrell.com, mpeterson@carrferrell.com

Robert Joseph Yorio     yorio@carrferrell.com, cblaufus@carrferrell.com

**5:07-cv-4507 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\DOCUME~1\MPETER~1\LOCALS~1\TEMP\WDGX\B5C\OPEN\0001\POS re Grace Yu (00275024).PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2007] [FileNumber=3937597-0]
[6b142589e2da76088b29377849ee9ca6951713017b6dc767b8722f8fa81ff212d562
48fe6f3023962637bc5f2cecf34c783629c13e89a3580476ba95341b2fb4]]