Danning Jiang, Esq. (CA BAR No. 196985)
Djiang@jianglawgroup.com
LAW OFFICES OF DANNING JIANG
271 North First Street
San Jose, California 95113
Tel.: (408) 299-0800
Fax: (408) 299-0300

Attorneys for Special Appearing Defendant
Grace Yu

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> PRETEC ELECTRONICS ) <br> CORPORATION, a dissolved California ) <br> corporation; PTI GLOBAL, INC., a ) <br> California corporation; CHIU FENG ) <br> CHEN, an individual; GORDON YU, an ) <br> individual; TOMMY HO, an individual; ) <br> ROBERT WU, an individual; GRACE YU, ) <br> an individual; and DOES 1 through 20, ) <br> ) <br> Defendants. ) <br> ) | CASE NO.  C 07-4507 JF (HRL) <br><br> [PROPOSED] ORDER GRANTING MOTION TO DISMISS BY SPECIAL APPEARING DEFENDANT GRACE YU FOR INSUFFICIENCY SERVICE OF SUMMONS AND COMPLAINT [FRCP 12(b)(5)] <br><br> Dated: January 25, 2008 <br> Time:    9:00 a.m. <br> Place:   280 S. First St., Courtroom 3 <br>              San Jose, CA 95113 <br> Judge: Hon. Jeremy Fogel |

The Motion to Dismiss for Insufficiency Service of Summons and Complaint by special appearing defendant Grace Yu came regularly for hearing before this court in Courtroom 3, Hon. Jeremy Fogel presiding.  Christine S. Watson, Esq. appearing for plaintiff Acticon Technologies LLC, and Danning Jiang, Esq. specially appearing for defendant Grace Yu.

ORDER GRANTING MOTION TO DISMISS BY GRACE YU [FRCP 12(b)(5)]                                               Page 1

1
2
3
      After full consideration of the motion paper, pleadings, and the authorities submitted by counsel, as well as counsel's oral argument, the court finds that this is a proper case to grant the motion.

4
5
6
      IT IS ORDERED that Grace Yu's motion to dismiss is granted and the service of summons and complaint is quashed, pursuant to FRCP Rule 12(b)(5) and Rule 4(e)(2) for insufficiency service of summons and complaint.

7
8
      IT IS FURTHER ORDERED that plaintiff's complaint against Grace Yu is dismissed without prejudice.

9
      IT IS SO ORDERED.

10
11
12
13
Date: _____, 2008        _____
                                                      Hon. Jeremy Fogel
                                                      U.S. DISTRICT COURT JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28