1

2

**Danning Jiang, Esq. (CA BAR No. 196985)**
**Djiang@jianglawgroup.com**
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

3

4

5

6

**Attorneys for Special Appearing Defendant**
**Grace Yu**

7

8

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN JOSE DIVISION**

12

13

14

15

16

17

18

19

20

21

22

23

| | |
|---|---|
| **ACTICON TECHNOLOGIES LLC,** ) | **CASE NO.  C 07-4507 JF (HRL)** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **Vs.** ) | **PROOF OF SERVICE** |
| ) | |
| **PRETEC ELECTRONICS** ) | |
| **CORPORATION, a dissolved California** ) | |
| **corporation; PTI GLOBAL, INC., a** ) | |
| **California corporation; CHIU FENG** ) | |
| **CHEN, an individual; GORDON YU, an** ) | **Dated:  January 25, 2008** |
| **individual; TOMMY HO, an individual;** ) | **Time:    9:00 a.m.** |
| **ROBERT WU, an individual; GRACE YU,** ) | **Place:   280 S. First St., Courtroom 3** |
| **an individual; and DOES 1 through 20,** ) | **San Jose, CA 95113** |
| ) | **Judge:  Hon. Jeremy Fogel** |
| **Defendants.** ) | |
| ) | |

24

25

    I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,

26

    On December 3, 2007, I served the following document(s):

27

28

**NOTICE OF MOTION TO DISMISS BY SPECIAL APPEARING**
**DEFENDANT GRACE YU FOR INSUFFICIENCY SERVICE OF**

**SUMMONS AND COMPLAINT**
**[FRCP 12(b)(5)]**

**DECLARATION OF SPECIAL APPEARING DEFENDANT GRACE YU**
**IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICIENCY**
**SERVICE OF SUMMONS AND COMPLAINT [FRCP 12(b)(5)]**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**MOTION TO DISMISS BY SPECIAL APPEARING DEFENDANT**
**GRACE YU FOR INSUFFICIENCY SERVICE OF SUMMONS AND**
**COMPLAINT**
**[FRCP Rule 12(b)(5)]**

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY SPECIAL**
**APPEARING DEFENDANT GRACE YU FOR INSUFFICIENCY**
**SERVICE OF SUMMONS AND COMPLAINT**
**[FRCP 12(b)(5)]**

on the interested parties in this action by placing a true and correct copy of document(s) in a
sealed envelope addressed as follows:

Attorneys for Plaintiff
Christine S. Watson
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303              Fax:     650-812-3444

**(X)**     **[U.S. MAIL]** I am readily familiar with the business practice for collection and
processing of correspondence for mailing with the United States Postal Service. I
know that the correspondence is deposited with the United States Postal Service on
the same day this declaration was executed in the ordinary course of business. I
know that the envelope was sealed and, with postage thereon fully prepaid, placed
for collection and mailing on this date, following ordinary business practices in the
United States mailed in San Jose, California.

**( )**     **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier
service, by depositing in a box or other facility regularly maintained by such
overnight delivery service, or delivering such envelope to a courier or driver
authorized by said overnight delivery service to receive documents, in an envelope
designated by said overnight delivery service with delivery fees paid or provided for,
addressed to the above-named persons on whom it is to be served.

**( )**     **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced
document(s) to the above-named person(s).

**( )**     **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s)
to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on December 3, 2007, in San Jose, California.

**( )**     **(STATE)** I declare under penalty of perjury under the laws of the State of California

1    that the above is true and correct.

2    **(X)**    **(FEDERAL)** I declare that I was retained by the office of a member of the bar of
     this court at whose direction the service was made.

3

4                                                   /s/ Phoebe Li
                                                    PHOEBE LI

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28