**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number
408.535.5364

December 3, 2007

RE: CV 07-04507 JF        Acticon Technologies LLC -v- Pretec Electronics Corporation

Default is entered as to Defendant PTI Global, Inc. on 11/30/2007.

RICHARD W. WIEKING, Clerk

*Gordana Macic*

by Gordana Macic
Case Systems Administrator

NDC TR-4  Rev. 3/89