ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**PLAINTIFF ACTICON TECHNOLOGIES LLC'S NOTICE OF ADMINISTRATIVE MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS** |

PLEASE TAKE NOTICE THAT, pursuant to L.R. 7-11, Plaintiff ACTICON TECHNOLOGIES LLC ("ACTICON") hereby files its administrative motion to serve the Complaint and Summons in the above-captioned matter on Defendants CHIU FENG CHEN, TOMMY HO, KUEI LU, GORDON YU and ROBERT WU ("remaining defendants") in this action through the use of alternative means, namely, by publication, U.S. mail and by leaving a copy of the Complaint and Summons at the remaining defendants' respective residences or last known addresses. ACTICON also moves for an extension of time to serve the Complaint and

1  Summons.

2  ACTICON's motion is based on the grounds that the remaining defendants have been
3  evading service and/or their current physical whereabouts are unknown to ACTICON.
4  Consequently, ACTICON has been prevented from effecting service on the remaining defendants
5  despite diligent investigation into the residential addresses of the defendants and multiple service
6  attempts at the defendants' addresses known to ACTICON.

Respectfully submitted,

Dated:  December 18, 2007                CARR & FERRELL *LLP*

By:  /s/ Christine S. Watson
ROBERT J. YORIO
COLBY B. SPRINGER
CHRISTINE S. WATSON

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

CASE NAME: *Acticon Technologies v. Pretec Electronics, et al.*    CASE NO. C 07-4507 JF (HRL)

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as PLAINTIFF ACTICON TECHNOLOGIES LLC'S NOTICE OF ADMINISTRATIVE MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS

[x]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

David J. Sasseen, Esq.
Law Offices of E & Sasseen
84 W. Santa Clara Street, Suite 560
San Jose, CA 95113-1812
Attorneys for Defendant
PTI GLOBAL, INC.

[x]    *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 18, 2007, at Palo Alto, California.

Matthew Peterson