ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ACTICON TECHNOLOGIES LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>            Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**DECLARATION OF CHRISTINE S. WATSON IN SUPPORT OF PLAINTIFF ACTICON TECHNOLOGIES LLC'S ADMINISTRATIVE MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO COMPLETE SERVICE** |
|---|---|

I, Christine S. Watson, declare as follows:

1.      I am an attorney at law licensed to practice before this Court and a member of the law firm of Carr & Ferrell LLP, counsel of record for ACTICON TECHNOLOGIES LLC ("ACTICON"), on whose behalf I make this declaration. I am one of the attorneys responsible for representing ACTICON in this action, and the facts set out herein are within my personal knowledge, or are based on documents in my possession and other information to which I have access in the course of my duties. If called upon to do so I could and would testify to the truth

thereof.

2. Plaintiff ACTICON filed its Complaint against Defendant PTI GLOBAL, INC. ("PTI GLOBAL, INC.") in this Court on August 20, 2007 for patent infringement and other causes of action.

3. On October 5, 2007, Chi-Lin Tom, General Manager for PTI GLOBAL, INC., was personally served with the Complaint, Summons and necessary associated documents at 231 Whitney Place, Fremont, California, on behalf of PTI GLOBAL, INC. Attached hereto as Exhibit "A" is a true and correct copy of the Proof of Service of Process upon Defendant PTI GLOBAL, INC.

4. With the assistance of a private investigator, counsel for ACTICON located residential addresses for Defendants GRACE YU, KUEI LU and CHIU FENG CHEN.

5. Counsel for ACTICON was unable to locate a residential address for Defendants TOMMY HO, ROBERT WU or GORDON YU.

6. Counsel for ACTICON does not possess any address information for Defendant CHIU FENG CHEN other than the address provided by the investigator and which the process server visited.

7. Counsel for ACTICON received a copy of the Statement of Information for PRETEC ELECTRONICS CORPORATION dated June 20, 2005 on December 3, 2007.

8. I was unable to obtain a stipulation regarding the relief requested in ACTICON's motion due to the fact that the parties have not yet been served with the Complaint and Summons in this action and because I am unaware of the contact information for Defendants CHIU FENG CHEN, TOMMY HO, ROBERT WU and GORDON YU.

9. A true and correct copy of the Declaration Re: Due Diligence regarding GRACE YU is attached as Exhibit "B".

10. A true and correct copy of the Declaration Re: Due Diligence regarding KUEI LU is attached as Exhibit "C".

11. A true and correct copy of the Declaration Re: Due Diligence regarding CHIU FENG CHEN is attached as Exhibit "D".

12. A true and correct copy of the Statement of Information for PRETEC ELECTRONICS CORPORATION dated June 20, 2005 is attached as Exhibit "E".

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 18th day of December 2007, in Palo Alto, California.

      /s/ Christine S. Watson
Christine S. Watson

CASE NAME: *Acticon Technologies v. Pretec Electronics, et al.*   CASE NO. C 07-4507 JF (HRL)

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as DECLARATION OF CHRISTINE S. WATSON IN SUPPORT OF PLAINTIFF ACTICON TECHNOLOGIES LLC'S ADMINISTRATIVE MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO COMPLETE SERVICE

[x]  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

David J. Sasseen, Esq.
Law Offices of E & Sasseen
84 W. Santa Clara Street, Suite 560
San Jose, CA 95113-1812
Attorneys for Defendant
PTI GLOBAL, INC.

[x]  *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 18, 2007, at Palo Alto, California.

Matthew Peterson