**EXHIBIT A**

1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
4  CARR & FERRELL *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7  Attorneys for Plaintiff
   ACTICON TECHNOLOGIES LLC
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13 | ACTICON TECHNOLOGIES LLC, | CASE NO. C 07-4507 JF (HRL) |
|---|---|
14 | Plaintiff, | |
15 | v. | PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT PTI GLOBAL, INC. |
16 | PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | |
20 | Defendants. | |

EXHIBIT __A__

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

Acticon Technologies LLC

v.

Pretec Electronics Corporation; PTI Global, Inc.; Chiu Feng Chen; Gordon Yu; Tommy Ho; Robert Wu; Grace Yu; Kuei Lu; and Does 1 through 20

SUMMONS IN A CIVIL CASE

CASE NUMBER: **BZ**

C 07 4507

TO: (Name and address of defendant)

PTI GLOBAL, INC.
231 Whitney Place
Fremont, California 94539

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Yorio
Colby B. Springer
Christine S. Watson
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303

an answer to the complaint which is herewith served upon you, within **twenty** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

AUG 3 0 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 10/5/2007 |
| NAME OF SERVER *(PRINT)* <br> Anita Bennett | TITLE <br> Registered Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   PTI Global, Inc., 231 Whitney Place, Fremont, CA 94539

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
   Chilin Ton, authorized agent for service of process, accepted on behalf of PTI Global, Inc., at 1:45 PM

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $146.80 | TOTAL $146.80 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/9/2007       *[signature]*
              Date            Signature of Server

              75 Columbia Square, San Francisco, CA 94103
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 5:07-cv-04507-JF   Document 45-2   Filed 12/18/2007   Page 5 of 15

**EXHIBIT B**

## DECLARATION RE: DUE DILIGENCE

Case No. C-07-4507 BZ
RE: Acticon Technologies LLC v. Pretec Electronics Corp., et al

I, THE UNDERSIGNED, DECLARE THAT:

I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, located at 75 Columbia Square, in San Francisco, California.

In my capacity as a process server, I have attempted to personally serve Grace Yu with a Summons, Complaint and supporting documents, at the address of 40250 San Sebastian Place, Fremont, CA 94539. My attempts at service were as follows:

October 5, 2007 – 2:10 PM – This is a private residence. A Chinese man answered the door. I asked for Grace Yu. He could hardly speak English. He was very hard to understand, he said Grace Yu is not here. But, he could not tell me when she may be back or any further information. Attempt done by AB

October 9, 2007 at 8:22 PM – No one answered the door. House was quiet. I was able to confirm address by seeing Grace Yu's name on mailbox. Mailbox is full of mail, it looks like no one's checked the mail in a few days.

October 10, 2007 at 8:22 AM – No one home. Mailbox still full of mail. No activity inside the home. Above attempts done by RH

November 12, 2007 at 12:10 PM – Grace Yu was not home at this time. I effected substituted service by leaving documents with Gabriel Hernandez, who informed me that he is taking care of the house while Grace is away. Gabriel is a Hispanic male, about 20 years old, 5'0" height, 135 lbs., short brown hair, black eyes. Service completed by AAM.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on November 13, 2007, at San Francisco, California.

Anita Bennett
Alameda County Reg. # 1013

Anibal Alejandro Merino
SF County Reg. # 990

Randolph Haumann
Alameda County Reg. # 1014

EXHIBIT B

**EXHIBIT C**

# DECLARATION RE: DUE DILIGENCE

Case No. C-07-4507 BZ
RE: Acticon Technologies LLC v. Pretec Electronics Corp., et al

I, THE UNDERSIGNED, DECLARE THAT:

I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, located at 75 Columbia Square, in San Francisco, California.

In my capacity as a process server, I have attempted to personally serve Kuei Lu with a Summons, Complaint and supporting documents. I was unable to effect personal service. My attempts at service were as follows:

All attempts made at: 3478 Silver Maple Drive, Danville, CA 94506:

11/12/07–11:25 AM–No answer. There were several cars parked out front. A Toyota 4-Runner, License No.4RYR857 and a White Chevy Truck, License No. 7G88147.

11/13/07–2:00 PM–No one answered the door. Toyota 4-Runner and a Toyota GTS were parked out front. Dogs were barking inside the home. I rang the door bell, knocked many times and waited. No one came out of the home.

11/15/07 at 3:35 PM–Knocked on door, rang doorbell. No one answered. Toyota 4-Runner parked in driveway. I waited around for some time, but no one left the home.

11/17/07 at 6:30 PM–4-Runner parked in driveway, no one answered the door.

11/18/07 at 8:30 AM–Toyota 4-Runner parked outside. No answer at door.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on November 20, 2007, at San Francisco, California.

_____,
Anita Bennett
Registration No. 1013, County of Alameda

_____
Larry Tisdall
Registration No. 234, County of San Francisco

_____,
Anibal Alejandro Merino
Registration No. 990, County of San Francisco

EXHIBIT C

**EXHIBIT D**

## DECLARATION RE: DUE DILIGENCE

<u>Case No. C-07-4507 BZ</u>
<u>RE: Acticon Technologies LLC v. Pretec Electronics Corp., et al</u>

I, THE UNDERSIGNED, DECLARE THAT:

I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, located at 75 Columbia Square, in San Francisco, California.

In my capacity as a process server, I have attempted to personally serve Chiu Feng Chen with a Summons, Complaint and supporting documents. I was unable to effect personal service. My attempts at service were as follows:

All attempts made at: 1370 W. H Street, Ste. K, Dixon, CA 95620

October 5, 2007 at 5:00 PM – This is a private residence. No one answered door to Unit K. I waited around 40 more minutes, hoping someone would come home from work. By 5:40 PM, no one arrived, and I left.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on October 18, 2007, at San Francisco, California.

Anita Bennett
Registration No. 1013, County of Alameda

EXHIBIT D

| Attorney or Party without Attorney:<br>Robert J. Yorio, SBN 93178<br>Colby B. Springer, SBN 214868 / Christine S Watson, SBN 218006<br>CARR & FERRELL LLP<br>2200 Geng Road<br>Palo Alto, CA 94303<br>Attorney for: Plaintiff | Telephone No.:<br>650-812-3400<br><br>Ref. No. or File No.:<br>516-228452 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: ACTICON TECHNOLOGIES LLC.<br>Defendant: PRETEC ELECTRONICS CORPORATION, ET AL. |
|---|

| NOT FOUND RETURN (ERRONEOUS ADDRESS) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C-07-4507 BZ |
|---|---|---|---|---|

1. DOCUMENTS: SUMMONS AND COMPLAINT .

2. I, RAY LOWE., and any employees or independent contractors retained by WESTERN ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on the Defendant **CHIU FENG CHEN** as follows:

   Address #1, Home
   ----------------
   1370 WEST H STREET #K
   DIXON CA 95620

| DAY | DATE | TIME | LOCATION | R E S U L T |
|---|---|---|---|---|
| Thu | 10/11/07 | 9:47AM | Residence | SPOKE TO WHITE MALE WHO SAID SUBJECT WAS PREVIOUS TENANT. |
| Thu | 10/11/07 | 05:00PM | Residence | Returned Not Served from residence - 1370 WEST H STREET #K DIXON CA 95620. |

3. Person executing:
   RAY LOWE.
   WESTERN ATTORNEY SERVICE
   75 COLUMBIA SQUARE
   SAN FRANCISCO, CA 94103
   (415) 487-4140

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. Fee for service:
   d. Independent Contractor of Registered California process server.
      (2) Registration NO.: 185
      (3) County: SOLANO

4. *I declare* under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Oct. 11, 2007

   NOT FOUND RETURN (ERRONEOUS ADDRESS)          ▶ _____(Signature)_____          WAS.111307

**EXHIBIT E**

# State of California
## Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___2___ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

DEC 0 3 2007

DEBRA BOWEN
Secretary of State

EXHIBIT ___E___



Sec/State Form CE 108 (REV 1/2007)




# State of California
## Kevin Shelley
## Secretary of State
### STATEMENT OF INFORMATION
(Domestic Stock Corporation)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
In the office of the Secretary of State of the State of California

**AUG 29 2005**

1. CORPORATE NAME (Please do not alter if name is preprinted.)

Pretec Electronics Corp.
46791 Fremont Blvd.
Fremont CA 94538

Corp NO:C1828248

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502)

2. ☐ Check here if the corporation is publicly traded. If publicly traded, complete this form and the Corporate Disclosure Statement (Form SI-PTSUPP). See Item 2 of instructions.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O Boxes.)

| # | | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 3. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 46791 Fremont Blvd. | Fremont, CA | 94538 |
| 4. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CA | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Title | Name | Address | City and State | Zip Code |
|---|---|---|---|---|---|
| 5. | CHIEF EXECUTIVE OFFICER/ | Gordon Yu | 40250 San Sebastian Pl. | Fremont, CA | 94539 |
| 6. | SECRETARY/ | Grace Yu | 40250 San Sebastian Pl. | Fremont, CA | 94539 |
| 7. | CHIEF FINANCIAL OFFICER/ | Gordon Yu | 40250 San Sebastian Pl. | Fremont, CA | 94539 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 8. | Gordon Yu | 40250 San Sebastian Pl. | Fremont, CA | 94539 |
| 9. | Grace Yu | 40250 San Sebastian Pl. | Fremont, CA | 94539 |
| 10. | Dashing Liu | B1, No. 57, Dong-Guang Rd. | Hsin Chu City, Taiwan | R.O.C. |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
John Shieh, CPA, Inc.

| 13. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1580 Oakland Rd. Ste.#C214 | San Jose | CA | 95131 |

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Import/Export, Design, Manufacturing, Marketing of Electronics Product

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT

| Grace Yu | [signature] | Finance Director | 06/20/05 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

SI-200 C (REV 06/2004)      APPROVED BY SECRETARY OF STATE

06-687905



# State of California
## Kevin Shelley
## Secretary of State
### STATEMENT OF INFORMATION
(Domestic Stock Corporation)

**FILED**
in the office of the Secretary of State
of the State of California

MAY 1 7 2006

FEES (Filing and Disclosure): $25.00. If amendment, see Instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

Pretec Electronics Corp
46791 Fremont Blvd.
Fremont, CA 94538

Corp: C1828248

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502)

2. ☐ Check here if the corporation is publicly traded. If publicly traded, complete this form and the Corporate Disclosure Statement (Form SI-PTSUPP). See Item 2 of Instructions.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| | STREET ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 46791 Fremont Blvd. | Fremont, CA | 94538 |
| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | CA |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | Chen, Chiu-Feng | 46791 Fremont Blvd. | Fremont, CA | 94538 |
| 6. SECRETARY/ | Chen, Chiu-Feng | 46791 Fremont Blvd | Fremont, CA | 94538 |
| 7. CHIEF FINANCIAL OFFICER/ | Chen, Chiu-Feng | 46791 Fremont Blvd. | Fremont, CA | 94538 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 8. | Chen, Chiu-Feng | 46791 Fremont Blvd. | Fremont, CA | 94538 |
| 9. | | | | |
| 10. | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
Chen, Chiu-Feng

| 13. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 46791 Fremont Blvd. | Fremont | CA | 94538 |

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Import/ Export, Design, Manufacturing, Marketing of Electronics Product.

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| Grace Yu | _(signature)_ | Finance Director |
|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE |

SI-200 C (REV 06/2004)                                    APPROVED BY SECRETARY OF STATE