1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
4  CARR & FERRELL *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone:  (650) 812-3400
6  Facsimile:   (650) 812-3444

7  Attorneys for Plaintiff
   ACTICON TECHNOLOGIES LLC
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

| 13 | ACTICON TECHNOLOGIES LLC, | CASE NO. C 07-4507 JF (HRL) |
|---|---|---|
| 14 | Plaintiff, | |
| 15 | v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR AUTHORIZATION TO SERVE DEFENDANTS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO COMPLETE SERVICE** |
| 16-20 | PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | |
| 21 | Defendants. | |

22    Having considered the submissions of counsel for Plaintiff ACTICON TECHNOLOGIES

23  LLC and good cause having been shown,

24    IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED and that service of the

25  Complaint and Summons on Defendants CHIU FENG CHEN, TOMMY HO, KUEI LU, ROBERT

26  WU and GORDON YU must be completed by February 28, 2008.

27    IT IS FURTHER ORDERED that Plaintiff may serve Defendant KUEI LU by mailing a

28  copy of the Complaint and Summons in this action to "KUEI LU, 3478 Silver Maple Drive,

-1-

1   Danville, California 94506," and by leaving a copy of such documents at this address.

2       IT IS FURTHER ORDERED that Plaintiff may serve Defendant GORDON YU by mailing
3   a copy of the Complaint and Summons in this action to "GORDON YU, 40250 San Sebastian
4   Place, Fremont, California 94539," and by leaving a copy of such documents at this address.

5       IT IS FURTHER ORDERED that Plaintiff may serve Defendant CHIU FENG CHEN by
6   mailing a copy of the Complaint and Summons in this action to "CHIU FENG CHEN, 1370 W. H
7   Street, Ste. K, Dixon, CA 95620," and by leaving a copy of such documents at this address.

8       IT IS FURTHER ORDERED that Plaintiff may serve Defendant TOMMY HO by
9   publication or by mailing a copy of the Complaint and Summons in this action to "TOMMY HO,
10  c/o PTI Global, Inc., 231 Whitney Place, Fremont, California 94539."

11      IT IS FURTHER ORDERED that Plaintiff may serve Defendant ROBERT WU by
12  publication or by mailing a copy of the Complaint and Summons in this action to "ROBERT WU,
13  c/o PTI Global, Inc., 231 Whitney Place, Fremont, California 94539."

15      IT IS SO ORDERED.

17  Dated: December _____, 2007         _____
                                                 HON. JEREMY FOGEL
18                                                  United States District Judge