1  DAVID SASSEEN (SBN 117125)
   LAW OFFICES OF E & SASSEEN
2  84 W. SANTA CLARA ST., SUITE 560
   SAN JOSE, CA 95113
3  TELEPHONE: (408)569-1060
   FACSIMILE: (408)286-2096
4
   ATTORNEYS FOR DEFENDANT
5  PTI GLOBAL, INC.

6

7

8

9               UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11 | ACTICON TECHNOLOGIES, LLC,           | Case No. C-07-4507 JF (HRL)
   | Plaintiff,                           |
12 |                                      |
   |       v.                             |
13 |                                      |
   | PRETEC ELECTRONICS CORPORATION, a    | NOTICE OF APPEARANCE
14 | dissolved California corporation, PTI GLOBAL,
   | INC., a California corporation, CHIU FENG
15 | CHEN, an individual, GORDON YU, an
   | individual, TOMMY HO, an individual,
16 | ROBERT WU, an individual, GRACE YU, an
   | individual, KUEI LU, an individual, and DOES
17 | 1 through 20,
   |
18 |   Defendants.

19

20

21

22

23

24

25

26

27

28

Notice of Appearance
                                                              C-07-4507 JF (HRL)

\\\LA - 89207/0001 - 224077 v2

PLEASE TAKE NOTICE that on the date indicated below, the Law Offices of E & Sasseen entered their appearance on behalf of defendant PTI Global, Inc. in this matter.

DATED:  December 26, 2007                    LAW OFFICES OF E & SASSEEN


BY:  /S/_____
     DAVID SASSEEN
     ATTORNEYS FOR DEFENDANT
     PTI GLOBAL, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

02-CV-1900B (LAB)

\\\LA - 89207/0001 - 224077 v2