2.  The parties agree to mediate this matter through the Court's Alternative Dispute Resolution program.

3.  Prior to such mediation, PTI Global will produce to Acticon all financial and sales information in its possession or under its control for the products accused of infringing Acticon's patents in this matter, and will produce a witness to testify for the company pursuant to Rule 30(b)(6) on the information contained in these documents.

Dated: December 21, 2007

Law Offices of E & Sasseen

*[signature]*

By: David Sasseen

Carr & Ferrell

*[signature]*

By: Robert J. Yorio

ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the default of PTI Global be and hereby is set aside. PTI Global will answer or otherwise respond to the Complaint within 10 days of the date of this order.

DATED: December __, 2007

BY: _____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

02-CV-1900B (AJB)

WLA - 89207/0001 - 224077 v2