ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>    Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**DECLARATION OF ROBERT YORIO IN SUPPORT OF PLAINTIFF ACTICON TECHNOLOGIES LLC'S OPPOSITION TO DEFENDANT GRACE YU'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Date:         January 25, 2008<br>Time:        9:00 a.m.<br>Courtroom:  3<br>Judge:       Hon. Jeremy Fogel |

I, Robert Yorio, declare as follows:

1. I am an attorney at law licensed to practice before this Court and a partner in the law firm of Carr & Ferrell LLP, counsel of record for ACTICON TECHNOLOGIES LLC ("ACTICON"), on whose behalf I make this declaration. I am one of the attorneys responsible for representing ACTICON in this action, and the facts set out herein are within my personal

knowledge, or are based on documents in my possession and other information to which I have access in the course of my duties. If called upon to do so I could and would testify to the truth thereof.

2.  A true and correct copy of the Declaration Re: Due Diligence regarding GRACE YU is attached hereto as Exhibit "A".

3.  A true and correct copy of the Proof of Service of Summons and Complaint on Defendant Grace Yu is attached hereto as Exhibit "B."

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 28th day of December 2007, in Palo Alto, California.

                                 /s/ Robert J. Yorio
                                        Robert J. Yorio