**EXHIBIT A**

## DECLARATION RE: DUE DILIGENCE

Case No. C-07-4507 BZ
RE: Acticon Technologies LLC v. Pretec Electronics Corp., et al

I, THE UNDERSIGNED, DECLARE THAT:

I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, located at 75 Columbia Square, in San Francisco, California.

In my capacity as a process server, I have attempted to personally serve Grace Yu with a Summons, Complaint and supporting documents, at the address of 40250 San Sebastian Place, Fremont, CA 94539. My attempts at service were as follows:

October 5, 2007 – 2:10 PM – This is a private residence. A Chinese man answered the door. I asked for Grace Yu. He could hardly speak English. He was very hard to understand, he said Grace Yu is not here. But, he could not tell me when she may be back or any further information. Attempt done by AB

October 9, 2007 at 8:22 PM – No one answered the door. House was quiet. I was able to confirm address by seeing Grace Yu's name on mailbox. Mailbox is full of mail, it looks like no one's checked the mail in a few days.

October 10, 2007 at 8:22 AM – No one home. Mailbox still full of mail. No activity inside the home. Above attempts done by RH

November 12, 2007 at 12:10 PM – Grace Yu was not home at this time. I effected substituted service by leaving documents with Gabriel Hernandez, who informed me that he is taking care of the house while Grace is away. Gabriel is a Hispanic male, about 20 years old, 5'0" height, 135 lbs., short brown hair, black eyes. Service completed by AAM.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on November 13, 2007, at San Francisco, California.

_____
Anita Bennett
Alameda County Reg. # 1013

_____
Anibal Alejandro Merino
SF County Reg. # 990

_____
Randolph Haumann
Alameda County Reg. # 1014

EXHIBIT __A__

**EXHIBIT B**

1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
4  CARR & FERRELL *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7  Attorneys for Plaintiff
   ACTICON TECHNOLOGIES LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| ACTICON TECHNOLOGIES LLC, | CASE NO. C 07-4507 JF (HRL) |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT GRACE YU** |
| PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | |
| Defendants. | |

EXHIBIT **B**

Proof of Service of Summons and Complaint on Defendant Grace Yu
C 07-4507 JF (HRL)

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

Acticon Technologies LLC

v.

Pretec Electronics Corporation; PTI Global, Inc.;
Chiu Feng Chen; Gordon Yu; Tommy Ho; Robert
Wu; Grace Yu; Kuei Lu; and Does 1 through 20

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 4507 BZ**

TO: (Name and address of defendant)

GRACE YU

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Yorio
Colby B. Springer
Christine S. Watson
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303

an answer to the complaint which is herewith served upon you, within **twenty** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

/s/ Helen L. Almacen

(BY) DEPUTY CLERK

DATE AUG 30 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>11/12/2007 |
| NAME OF SERVER *(PRINT)*<br>Anibal Alejandro Merino | TITLE<br>Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:
   Gabriel Hernandez, at 40250 San Sebastian Place, Fremont, CA 94539, at 12:10 PM

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES<br>$146.80 | TOTAL<br>$146.80 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/13/2007
              Date              *Signature of Server*

                      75 Columbia Square, San Francisco, CA 94103
                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CASE NAME: *Acticon Technologies v. Pretec Electronics, et al.*   CASE NO. C 07-4507 JF (HRL)

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT GRACE YU

[x]   (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

[x]   (BY EMAIL) by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below, or as stated on the attached service list.

[x]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

Chi-Lin Tom, General Manager
PTI Global, Inc.
231 Whitney Place
Fremont, CA 94539-7664
Fax: (510) 249-9015
Email: chilint@ptiglobalusa.com
DEFENDANT

[x]   *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 26, 2007 at Palo Alto, California.

*Matthew Peterson*