**E-filed 1/4/08**

DAVID SASSEEN (SBN 117125)
LAW OFFICES OF E & SASSEEN
84 W. SANTA CLARA ST., SUITE 560
SAN JOSE, CA 95113
TELEPHONE: (408)569-1060
FACSIMILE: (408)286-2096

ATTORNEYS FOR DEFENDANT
PTI GLOBAL, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES, LLC,<br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation, PTI GLOBAL, INC., a California corporation, CHIU FENG CHEN, an individual, GORDON YU, an individual, TOMMY HO, an individual, ROBERT WU, an individual, GRACE YU, an individual, KUEI LU, an individual, and DOES 1 through 20,<br><br>Defendants. | Case No. C-07-4507 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING ASIDE DEFAULT** |

## STIPULATION

Plaintiff Acticon Technologies, LLC ("Acticon") and defendant PTI Global, Inc. ("PTIG"), by and through their attorneys of record, hereby stipulate and agree as follows:

1.        The January 25, 2008 hearing on the motion of PTIG to set aside the default of PTIG entered in this matter on November 30, 2007 will be taken off calendar, and the default of PTIG will be set aside by stipulation.

C-07-4507 JF (HRL)

\\\LA - 89207/0001 - 224077 v2

2. The parties agree to mediate this matter through the Court's Alternative Dispute Resolution program.

3. Prior to such mediation, PTI Global will produce to Acticon all financial and sales information in its possession or under its control for the products accused of infringing Acticon's patents in this matter, and will produce a witness to testify for the company pursuant to Rule 30(b)(6) on the information contained in these documents.

Dated: December 21, 2007

Law Offices of E & Sasseen

_____
By: David Sasseen

Carr & Ferrell

_____
By: Robert J. Yorio

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the default of PTI Global be and hereby is set aside. PTI Global will answer or otherwise respond to the Complaint within 10 days of the date of this order.

DATED: ~~December ____, 2007~~ 1/4/08

BY:_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

2

\\\LA - 89207/0001 - 224077 v2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

\\\LA - 89207/0001 - 224077 v2

**PROOF OF SERVICE**

I, David Sasseen, declare as follows:

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Santa Clara, State of California, and not a party to the above-entitled cause. My business address is Law Offices of E & Sasseen, 84 W. Santa Clara St., Suite 560, San Jose, CA 95113.

On December 26, 2007, I served the foregoing document described as:

On all counsel of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Robert J. Yorio<br>Colby B. Springer<br>Christine S. Watson<br>Carr & Ferrell, LLP<br>220 Geng Road<br>Palo Alto, CA  94303<br>Facsimile: (650)812-3444 | |
|---|---|

[ ]  **BY MAIL**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY FACSIMILE**  I caused said document to be transmitted by facsimile transmission to the number indicated after the address(es) noted above.

[ ]  **BY PERSONAL SERVICE**  I caused such envelope to be delivered by hand to the addressee(s) as stated above.

[ ]  **BY FEDERAL EXPRESS**  I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s) listed on the attached service list.

[ ]  **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on December 26, 2007 at San Jose, California.

 David Sasseen                             _____
            Name                                              Signature

2

02-CV-1900B (LAB)

\\\LA - 89207/0001 - 224077 v2