**Danning Jiang, Esq. (CA BAR No. 196985)**
Djiang@jianglawgroup.com
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Special Appearing Defendant Grace Yu**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> PRETEC ELECTRONICS ) <br> CORPORATION, a dissolved California ) <br> corporation; PTI GLOBAL, INC., a ) <br> California corporation; CHIU FENG ) <br> CHEN, an individual; GORDON YU, an ) <br> individual; TOMMY HO, an individual; ) <br> ROBERT WU, an individual; GRACE YU, ) <br> an individual; and DOES 1 through 20, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. C 07-4507 JF (HRL) <br><br> SUPPLEMENTAL DECLARATION OF SPECIAL APPEARING DEFENDANT GRACE YU IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF SUMMONS AND COMPLAINT <br><br> Dated: January 25, 2008 <br> Time: 9:00 a.m. <br> Place: 280 S. First St., Courtroom 3 <br> San Jose, CA 95113 <br> Judge: Hon. Jeremy Fogel |

I, GRACE YU, hereby state as follows:

1. I am a defendant in the above captioned action. I hereby make a special appearance for the sole purpose of this motion to dismiss the action against me based on plaintiff's insufficient service of summons and complaint on me.

2. The statements made in this declaration are based upon my own personal knowledge, except as to those matters stated on information or belief; however, as to those matters stated on information and belief, I believe them to be true.

3. I have never authorized any one at any time to take care of my household while I was away.

4. I have never received any summons and complaint in this matter from any one.

5. I am a Chinese lady and almost 50 years old. I am 5'5" tall. I am married with two children. It is ridiculous and outrageous for Plaintiff's server to falsify that I cohabited with a 20-year old, 5'0" height, Hispanic man.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed in Fremont, California.

Date: January 10, 2008                                  /s/ Grace Yu
                                                        GRACE YU

# PROOF OF SERVICE

*ACTICON v. PRETEC, et al.*
United State District Court - Northern District of California - Case No. C-07-4507

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,

On January 10, 2008, I served the following document(s):

**SUPPLEMENTAL DECLARATION OF SPECIAL APPEARING DEFENDANT GRACE YU IN SUPPORT OF MOTION TO DISMISS FOR INSUFFICIENCY SERVICE OF SUMMONS AND COMPLAINT**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

Attorneys for Plaintiff
Christine S. Watson
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303          Fax:   650-812-3444

Attorneys for Defendant PTI Global, Inc.
David Sasseen
Law Offices of E. & Sasseen
84 W. Santa Clara Street, Suite 560
San Jose, CA 95113          Fax:   408-286-2096

**(X)**     **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in San Jose, California.

**( )**     **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

**( )**     **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s).

**( )**     **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on January 10, 2008, in San Jose, California.

1

**( )**     **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2

3   **(X)**     **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

4

5
/s/ Ming Ji
MING JI

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28