2. That plaintiff's Complaint be dismissed with prejudice;

3. That this case be deemed an exceptional case pursuant to 35 U.S.C. § 285 and accordingly, that defendants be awarded their costs, expenses and disbursements, including attorneys fees and costs incurred in defending against the claims filed by plaintiff; and

4. That defendants be awarded any other relief as this Court may deem just and proper.

Dated: January 8, 2008

LAW OFFICES OF E & SASSEEN

BY: David Sasseen
DAVID SASSEEN
ATTORNEYS FOR DEFENDANT
PTI GLOBAL, INC.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, PTI Global, Inc. hereby demands a trial by jury on all issues triable as of right by a jury.

Dated: January 8, 2008

LAW OFFICES OF E & SASSEEN

BY: David Sasseen
DAVID SASSEEN
ATTORNEYS FOR DEFENDANT
PTI GLOBAL, INC.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Local Rule 3-16 of the Local Rules for the U.S. District Court for the Northern District of

C-07-4507 JF (HRL)

16

\\\LA - 89207/0001 - 224077 v2

1  California requires the undersigned to certify any persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

DATED: January 8, 2008

LAW OFFICES OF E & SASSEEN

BY: /s/ David Sasseen
DAVID SASSEEN
ATTORNEYS FOR DEFENDANT
PTI GLOBAL, INC.

C-07-4507 JF (HRL)

17