UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ACTICON TECHNOLOGIES, LLC

            Plaintiff(s),

v.

PRETEC ELECTRONICS
CORPORATION, ET AL.
            Defendant(s).
_____/

Case No. C 07 04507 JF(HRL)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: December 28,

                                                  [Party]

Dated: December 28, 2007

                                                  [Counsel]