ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>　　　　　　Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CHIU FENG CHEN** |

CASE NAME: *Acticon Technologies v. Pretec Electronics, et al.*   CASE NO. C 07-4507 JF (HRL)

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

1. **SUMMONS IN A CIVIL CASE [TO: CHIU FENG CHEN];**
2. **COMPLAINT FOR PATENT INFRINGEMENT; SUCCESSOR LIABILITY; VICARIOUS LIABILITY; ALTER EGO; FRAUDULENT TRANSFERS (CIVIL CODE SECTION 3439, ET SEQ.); IMPROPER DISSOLUTION; CONSPIRACY;**
3. **ECF Registration Information Handout;**
4. **RELATED CASE ORDER; and**
5. **ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION.**

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

Chiu Feng Chen
1370 W. "H" Street
Dixon, CA  95620-2173

[X]   *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2008 at Palo Alto, California.

Matthew Peterson

## PROOF OF PERSONAL SERVICE

Case No. C-07-4507 BZ
RE: Acticon Technologies, LLC v Pretec Electronics Corporation, et al.

**I, the undersigned, declare that:**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years, and not a party to the within entitled action. My business address is 75 Columbia Square, in San Francisco, California.

On January 10, 2008, I served a copy of the following document(s):

- Summons in a Civil Case
- Complaint for Patent Infringement, etc.
- ECF Registration Information Handout
- USDC Related Case Order
- Order Granting Plaintiff's Motion for a Preliminary Injunction, and
- Order Granting Plaintiff's Motion for Authorization to Serve Complaint and Summons by Alternative Means and Extension of Time to Complete Service of Process

on the interested party in said cause, by serving a copy of the aforementioned documents to:

Chiu Feng Chen
1370 W. "H" Street
Dixon, CA 95620

By leaving a the documents at the front door of the residence at 4:13 PM, as no one was home at the time of service.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on:

Date:   January 11, 2008

Signed: _____
            Anibal Alejandro Merino
            Western Attorney Services
            Registration No. 990, County of San Francisco

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 1/10/2008 |
| NAME OF SERVER (PRINT)<br>Anibal Alejandro Merino | TITLE<br>Registered Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Pursuant to court order, documents were left at the front door of 1370 W. "H" Street, Dixon, CA. The last known address for Chiu Feng Chen, at 4:13 PM on 1/10/2008

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES<br>$163.80 | TOTAL<br>$163.80 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/11/2008___    _____
           Date                 Signature of Server

75 Columbia Square, San Francisco, CA 94103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.