pretrial schedule be deferred to the next Case Management Conference in order to permit the other Defendants to have input on the schedule.

The parties request a further Case Management Conference at this time.

Respectfully Submitted,

Dated: January 17, 2008

CARR & FERRELL *LLP*

By [signature]
ROBERT J. YORIO
COLBY B. SPRINGER
CHRISTINE S. WATSON

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

Dated: January 17, 2008

LAW OFFICES OF E & SASSEEN

By [signature]
DAVID J. SASSEEN

Attorneys for Defendant
PTI GLOBAL