UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Motion Hearing, Friday, January 25, 2008
**Case Number:** CV 07-4507 JF/HRL
**Courtroom Deputy Clerk:** Corinne Lew
**Court Reporter:** Summer Clanton

---

| TITLE: | ACTICON TECHNOLOGIES | VS. | PRETEC ELECTRONICS CORP., ET AL., |
|---|---|---|---|
| | **PLAINTIFF** | | **DEFENDANT** |
| | Acticon Tech. | | Grace Yu |

**Attorneys Present:** Christine S. Watson          **Attorneys Present:** Danning Jiang for Grace Yu

---

PROCEEDINGS: Motion to Dismiss


    Motion to Dissmiss is held.  Parties are present.
    Matter under submission.
    The court will hold Motion to Dismiss for 30 days so counsel can work things out.