# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5^(TH) FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, Friday, January 25, 2008
**Case Number:** CV 07-4507 JF/HRL
**Courtroom Deputy Clerk:** Corinne Lew
**Court Reporter:** Summer Clanton

| TITLE: | ACTICON TECHNOLOGIES | VS. | PRETEC ELECTRONICS CORP., ET AL., |
|---|---|---|---|
| | **PLAINTIFF** | | **DEFENDANT** |
| | Acticon Tech. | | Pretec Electronics Corp., et al., |

**Attorneys Present:** Christine S. Watson          **Attorneys Present:** Dave Sasseen

PROCEEDINGS: Case Management Conference.

Case Management Conference Held. Parties are present.
The parties informed the court an ADR Conference was heard and a further ADR conference is scheduled. The court set further Case Management Conference to 5/30/08 at 10:30 a.m.