Richard Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Attorney for Defendants GORDON YU and CHIU FENG CHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, | Case No. C07-4507JF |
| Plaintiff, | |
| vs. | |
| PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | STIPULATION FOR EXTENSION TO FILE A RESPONSIVE PLEADING |
| Defendants. | |

Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between plaintiff Acticon Technologies LLC and defendants Gordon Yu and Chiu Feng Chen, through their respective attorneys, that Gordon Yu and Chiu Feng Chen shall have up to and including February 13, 2008 within which to answer or otherwise respond to plaintiff's complaint filed on August 30, 2007.

Defendants Gordon Yu and Chiu Feng Chen recently retained counsel to defend this case. Defense counsel requires additional time to investigate the factual and legal aspects of this case before filing an appropriate response to plaintiff's complaint.

///
///
///

Absent the requested extension, defendants' response would have been due on January 31, 2008.

Dated: January 30, 2008

/s/
Richard Wahng
Attorney for Defendants
Gordon Yu and Chiu Feng Chen

Dated: January 30, 2008

Christine S. Watson
Attorney for Plaintiff Acticon Technologies LLC

STIPULATION FOR EXTENSION TO FILE A RESPONSIVE PLEADING
Case No. C07-4507JF