1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
4  CARR & FERRELL LLP
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7  Attorneys for Plaintiff
   ACTICON TECHNOLOGIES LLC

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12

13 ACTICON TECHNOLOGIES LLC,                CASE NO. C 07-4507 JF (HRL)

14            Plaintiff,

15       v.                                 **[PROPOSED] ORDER GRANTING
                                            PLAINTIFF'S ADMINISTRATIVE
16 PRETEC ELECTRONICS CORPORATION, a        MOTION FOR AUTHORIZATION
   dissolved California corporation; PTI    TO SERVE DEFENDANTS BY
17 GLOBAL, INC., a California corporation;   ALTERNATIVE MEANS AND
   CHIU FENG CHEN, an individual; GORDON    EXTENSION OF TIME TO
18 YU, an individual; TOMMY HO, an individual; COMPLETE SERVICE**
   ROBERT WU, an individual; GRACE YU, an
19 individual; KUEI LU, an individual; and DOES
   1 through 20,
20
              Defendants.
21

22       Having considered the submissions of counsel for Plaintiff ACTICON TECHNOLOGIES

23 LLC and good cause having been shown,

24       IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED and that service of the

25 Complaint and Summons on Defendant KUEI LU may be accomplished by mailing a copy of the

26 Complaint and Summons in this action to "KUEI LU, c/o PTI GLOBAL, INC., 231 Whitney Place,

27 California 94539," and by leaving a copy of such documents at this address.

28

                                    -1-

1    IT IS SO ORDERED.

2

3  Dated:  February _____, 2008        _____

4                                          HON. JEREMY FOGEL
                                           United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Plaintiff's Administrative Motion
C 07-4507 JF (HRL)