ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**PLAINTIFF ACTICON TECHNOLOGIES LLC'S NOTICE OF ADMINISTRATIVE MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS** |

PLEASE TAKE NOTICE THAT, pursuant to L.R. 7-11, Plaintiff ACTICON TECHNOLOGIES LLC ("ACTICON") hereby files its administrative motion to serve the Complaint and Summons in the above-captioned matter on Defendant KUEI LU in this action through the use of alternative means, namely, by U.S. mail and by leaving a copy of the documents at Defendant PTI GLOBAL, INC.'s corporate address.

ACTICON's motion is based on the grounds that the individual who ACTICON served and believed to be the Defendant KUEI LU has represented that she is not the true Defendant KUEI LU

-1-

1  named in the Complaint. The true Defendant KUEI LU is an officer, director and one hundred
2  percent owner of Defendant PTI GLOBAL, INC. Consequently, because ACTICON has been
3  unable to obtain a residential address for the true Defendant KUEI LU despite diligent
4  investigation, service of the Complaint and Summons on Defendant KUEI LU by mailing the
5  documents to Defendant PTI GLOBAL, INC.'s business address and by leaving a copy of the
6  documents at that address is appropriate.

Respectfully submitted,

Dated: February 7, 2008                CARR & FERRELL *LLP*

By: /s/ Christine S. Watson
ROBERT J. YORIO
COLBY B. SPRINGER
CHRISTINE S. WATSON

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC