ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**DECLARATION OF CHRISTINE S. WATSON IN SUPPORT OF PLAINTIFF ACTICON TECHNOLOGIES LLC'S ADMINISTRATIVE MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO COMPLETE SERVICE** |

I, Christine S. Watson, declare as follows:

1.  I am an attorney at law licensed to practice before this Court and a member of the law firm of Carr & Ferrell LLP, counsel of record for ACTICON TECHNOLOGIES LLC ("ACTICON"), on whose behalf I make this declaration. I am one of the attorneys responsible for representing ACTICON in this action, and the facts set out herein are within my personal knowledge, or are based on documents in my possession and other information to which I have access in the course of my duties. If called upon to do so I could and would testify to the truth

-1-

1. thereof.

2. With the assistance of a private investigator, counsel for ACTICON located a residential address for Defendant KUEI LU.

3. On January 15, 2008, I was contacted by an individual who represented herself to be one Kuei-Lan Margaret Lu. This individual represented to me that she was served with a copy of the Summons and Complaint in this matter and that she resides at the address which ACTICON received from its private investigator. She further represented to me in a telephone conversation, as well as in written correspondence, that she is not the KUEI LU named in the Complaint and that she has no affiliation with Defendants PRETEC ELECTRONICS CORPORATION and PTI GLOBAL, INC.

4. Counsel for ACTICON has not yet located a residential address for the true Defendant KUEI LU and does not possess any address information for this defendant other than the address provided by the investigator.

5. I was unable to obtain a stipulation regarding the relief requested in ACTICON's motion due to the fact that the correct KUEI LU has not yet been served with the Complaint and Summons in this action and because I am unaware of her contact information.

6. A true and correct copy of a web page print out from the California Secretary of State's web site regarding Defendant PTI GLOBAL, INC.'s corporate status is attached as Exhibit "A".

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 7th day of February, 2007, in Palo Alto, California.

    /s/ Christine S. Watson
    Christine S. Watson