

**DISCLAIMER:** The information displayed here is current as of FEB 01, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation ||||
|---|---|---|---|
| PTI GLOBAL INC. ||||
| **Number:** C2370830 | **Date Filed:** 12/31/2001 || **Status:** active |
| **Jurisdiction:** California ||||
| Address ||||
| 231 WHITNEY PL ||||
| FREMONT, CA 94539 ||||
| Agent for Service of Process ||||
| KUEI LU ||||
| 231 WHITNEY PL ||||
| FREMONT, CA 94539 ||||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.



EXHIBIT __A__