ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>    Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT TOMMY HO** |

CASE NAME: *Acticon Technologies v. Pretec Electronics, et al.*   CASE NO. C 07-4507 JF (HRL)

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

1. **SUMMONS IN A CIVIL CASE [TO: TOMMY HO];**
2. **COMPLAINT FOR PATENT INFRINGEMENT; SUCCESSOR LIABILITY; VICARIOUS LIABILITY; ALTER EGO; FRAUDULENT TRANSFERS (CIVIL CODE SECTION 3439, ET SEQ.); IMPROPER DISSOLUTION; CONSPIRACY;**
3. **ECF Registration Information Handout;**
4. **RELATED CASE ORDER; and**
5. **ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION.**

[X] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

PTI Global, Inc.
231 Whitney Place
Fremont, CA 94539-7664
Attn: Tommy Ho

[X] *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2008 at Palo Alto, California.

_____
Matthew Peterson

---

Proof of Service
C 07-4507 JF (HRL)

# THE RECORDER
10 United Nations Plaza, 3rd Floor
San Francisco, CA 94102-4911
Public Notice / Legal Advertising (415) 749-5555

Proof of Publication (2010, 2015.5 C.C.P.)

### SUMMONS
Case No. C 07 4507 BZ

### STATE OF CALIFORNIA
### COUNTIES OF SAN FRANCISCO
### AND SAN MATEO

*I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years, and not a party to or interested in the above matter. I am the principal clerk of the printer and publisher of THE RECORDER, a newspaper of general circulation printed and published daily except Saturdays, Sundays, and legal holidays, in the City and County of San Francisco with circulation in Alameda, Contra Costa, San Mateo and Santa Clara counties, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the City and County of San Francisco, State of California under the date December 2, 1907, recorded in Record Book 15, at page 155 thereof, and which newspaper was also adjudged a newspaper of general circulation in San Mateo County on December 5, 2001, that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:*

01/10/2008, 01/17/2008, 01/24/2008, 01/31/2008

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on 31st day of January, 2008
at San Francisco, California

_____
(Signature)

Record ID: 01/31/08-146236-947379-3212778-34131

---

United States District Court
Northern District of California
**SUMMONS IN A CIVIL CASE**
CASE NUMBER: C 07 4507 BZ

Acticon Technologies LLC
v.
Pretec Electronics Corporation; Tommy Ho and Robert Wu
TO: PRETEC ELECTRONICS CORPORATION, TOMMY HO and ROBERT WU

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY,

Robert J. Yorio
Colby B. Springer
Christine S. Watson
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.
Date: August 30, 2007
Richard W. Wieking
CLERK

No. 947379    Jan 10,17,24,31-R