Richard Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Attorney for Defendants GORDON YU, CHIU FENG CHEN, TOMMY HO, and ROBERT WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>            Defendants. | Case No. C07-4507JF<br><br>STIPULATION FOR EXTENSION TO FILE A RESPONSIVE PLEADING |

Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between plaintiff Acticon Technologies LLC and defendants Tommy Ho and Robert Wu, through their respective attorneys, that Tommy Ho and Robert Wu shall have up to and including March 5, 2008 within which to answer or otherwise respond to plaintiff's complaint filed on August 30, 2007.

Defendants Tommy Ho and Robert Wu recently retained counsel to defend this case. Defense counsel requires additional time to investigate the factual and legal aspects of this case before filing an appropriate response to plaintiff's complaint.

///

///

///

STIPULATION FOR EXTENSION TO FILE A RESPONSIVE PLEADING
Case No. C07-4507JF

1     Absent the requested extension, defendants' response would have been due on February 20, 2008.

Dated: February 20, 2008

                                              /s/
                                      Richard Wahng
                                      Attorney for Defendants

Dated: February 20, 2008

                                      Christine S. Watson
                                      Attorney for Plaintiff Acticon Technologies LLC

STIPULATION FOR EXTENSION TO FILE A RESPONSIVE PLEADING
Case No. C07-4507JF