**E-filed 02/25/08**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>PRETEC ELECTRONICS CORPORATION, et al.,<br><br>             Defendants. | Case Number C 07-4507 JF<br><br>ORDER[1] GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS<br><br>[docket no. 68] |

      Plaintiff Acticon Technologies, LLC ("Acticon") filed the complaint in this action on August 20, 2007. Pursuant to Fed. R. Civ. P. 4(m), the last date for serving the Complaint and Summons on Defendants was December 28, 2007. On December 20, 2007, the Court granted Acticon's motion for authorization to serve the complaint and summons by alternative means and for a sixty (60) day extension of time within which to complete service of process. The Court authorized Acticon to effect service on Chiu Feng Chen, Kuei Lu, and Gordon Yu through the combined alternative methods of (1) mailing the complaint and summons and (2) leaving a copy of the complaint and summons at these Defendants' last known residences; and to effect service

---

[1] This disposition is not designated for publication and may not be cited.

on Defendants Tommy Ho and Robert Wu by mailing the complaint and summons to PTI Global, Inc. and by publication. However, Acticon has not been able to locate a residential address for Defendant Kuei Lu, and it now requests that it be permitted to serve the Complaint and Summons on Defendant Kuei Lu by U.S. mail and by leaving a copy of the documents at Defendant PTI Global, Inc's corporate address.

Due process of law requires that defendants be afforded notice of proceedings involving their interest and an opportunity to be heard. Generally, this requires "notice reasonably calculated, under all the circumstances, to appraise interested parties of pendency of the action and afford them an opportunity to present their objections." *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). A plaintiff must undertake reasonably diligent efforts to locate a defendant, but "extraordinary" efforts are not required. *Mennonite Board of Missions v. Adams*, 462 U.S. 791, 798 (1983). For example, a plaintiff need not hire a private investigator to locate a defendant. *Id.*

Acticon asserts in its motion that the individual who Acticon served and believed to be Defendant Kuei Lu has represented that she is not the Kuei Lu named in the Complaint. The true Defendant Kuei Lu is an officer, director, and one hundred percent owner of PTI Global, Inc. Consequently, because Acticon has been unable to obtain a residential address for the true Defendant Kuei Lu despite diligent investigation, service of the Complaint and Summons by mailing the documents to PTI Global, Inc.'s business address and leaving a copy of the documents at that address is reasonable.

## IV. ORDER

Good cause therefor appearing, IT IS HEREBY ORDERED that Acticon's motion for authorization to serve the complaint and summons by alternative means and for a sixty (60) day extension of time within which to complete service of process is hereby GRANTED. The Court authorizes Acticon to effect service on Defendant Kuei Lu by mailing a copy of the Complaint and Summons to the business address of PTI Global, Inc. and leaving a copy of the documents at

2

Case No. C 07-4507 JF
ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND SUMMONS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO COMPLETE SERVICE
(JFLC3)

1  that address.

2

3  DATED: February 25, 2008

4

5                                    JEREMY FOGEL
                                     United States District Judge

Case No. C 07-4507 JF
ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION TO SERVE COMPLAINT AND
SUMMONS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO COMPLETE SERVICE
(JFLC3)

1  This Order has been served upon the following persons:

3  Christine S. Watson
cwatson@carrferrell.com

5  Linda Yi Tai Shao
shaoyitai@yahoo.com