**E-filed 3/5/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

ACTICON TECHNOLOGIES,

    Plaintiff,

     v.

PRETEC ELECTRONICS CORPORATION,

    Defendant.
_____

No. C-07-4507-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has scheduled a Case Management Conference for Friday, March 21, 2008 at 10:30 AM.  The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 3/5/08

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy