## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, March 21, 2008
**Case Number:** CV-07-4507-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | ACTICON TECHNOLOGIES V. PRETEC ELECTRONICS CORPORATION | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Christine Watson | Attorneys Present: David Sasseen for PTI<br>Richard Wahng |

PROCEEDINGS:

 Further case management conference held. Parties are present. Case is referred to Magistrate Judge Richard Seeborg for settlement conference, to occur by 5/16/08. Continued to 5/16/08 at 10:30 a.m. for further case management conference.