ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>        Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT GRACE YU** |

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

Acticon Technologies LLC

v.

Pretec Electronics Corporation; PTI Global, Inc.; Chiu Feng Chen; Gordon Yu; Tommy Ho; Robert Wu; Grace Yu; Kuei Lu; and Does 1 through 20

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**BZ**

C 07 4507

TO: (Name and address of defendant)

GRACE YU

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert J. Yorio
Colby B. Springer
Christine S. Watson
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303

an answer to the complaint which is herewith served upon you, within **twenty** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

DATE AUG 3 0 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/25/2008 |
| NAME OF SERVER (PRINT) Larry Tisdall | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   Left documents for Grace Yu at the front door of her residential address located at 40250 San Sebastian Place, Fremont, CA 94539, at 5:20 PM. Documents were also mailed to that address from San Francisco on 03/26/2008.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $175.96 | TOTAL $175.96 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/26/2008___         _____[signature]_____
                Date                          Signature of Server

75 Columbia Square, San Francisco, CA 94103
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CASE NAME: *Acticon Technologies v. Pretec Electronics, et al.*    CASE NO. C 07-4507 JF (HRL)

PROOF OF SERVICE

I am a citizen of the United States. My business address is 2200 Geng Road, Palo Alto, California 94303. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

1. **COMPLAINT FOR PATENT INFRINGEMENT; SUCCESSOR LIABILITY; VICARIOUS LIABILITY; ALTER EGO; FRAUDULENT TRANSFERS (CIVIL CODE SECTION 3439, ET SEQ.); IMPROPER DISSOLUTION; CONSPIRACY;**
2. **SUMMONS IN A CIVIL CASE;**
3. **ECF Registration Information Handout; and**
4. **ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION.**

[x]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Palo Alto, California.

Grace Yu
40250 San Sebastian Place
Fremont, CA  94539
Defendant *in propria persona*

[x]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 25, 2008 at Palo Alto, California.



Matthew Peterson