Richard Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Attorney for Defendants GORDON YU, CHIU FENG CHEN, TOMMY HO, ROBERT WU,
GRACE YU, and KUEI LU

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, | Case No. C07-4507JF |
| Plaintiff, | |
| vs. | |
| PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | SUBSTITUTION OF ATTORNEY |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please

take notice that defendant GRACE YU hereby makes the following substitution of counsel of

record:

Former counsel of record:

    Danning Jiang
    Law Offices of Danning Jiang
    271 North First Street
    San Jose, CA 95113

should be removed and, consequently, should no longer receive notice of e-Filings.

SUBSTITUTION OF ATTORNEY
Case No. C07-4507JF

1

1

2   Defendant's new counsels of record will be:

3       Richard Wahng
        Law Offices of Richard C. J. Wahng
4       152 Anza Street, Suite 201
        Fremont, CA 94539
5       (510) 490-4447 Telephone
        (510) 490-1102 Fax
6

7       The following attorneys and parties consent to this substitution:

8       Dated: 4/7/08                        Dated:  04/04/2008
9
10      Grace Yu, defendant                  Danning Jiang, former counsel
11

12      Dated: 4/11/08
13
14      Richard Wahng, new counsel
15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY
Case No. C07-4507JF

2