Richard Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Attorney for Defendants GORDON YU and CHIU FENG CHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>        Defendants. | Case No. C07-4507JF<br><br>STIPULATION FOR EXTENSION TO FILE A RESPONSIVE PLEADING |

      Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between plaintiff Acticon Technologies LLC and defendant Grace Yu, through their respective attorneys, that Grace Yu shall have up to and including April 21, 2008 within which to answer or otherwise respond to plaintiff's complaint filed on August 30, 2007.

      Absent the requested extension, defendant's response would have been due on April 14, 2008.

Dated: April 14, 2008

                                                          /s/
                                        Richard Wahng
                                        Attorney for Defendants
                                        Gordon Yu and Chiu Feng Chen

1
2  Dated: April 14, 2008
3
4                                          _____
                                            Christine S. Watson
5                                           Attorney for Plaintiff Acticon
                                            Technologies LLC
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR EXTENSION TO FILE A RESPONSIVE PLEADING
Case No. C07-4507JF