**\*E-FILED\***
**April 30, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, | No. C 07-04507 JF (HRL) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| PRETEC ELECTRONICS CORP, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By written requested dated April 28, 2008, Gordon Yu, Kuei Lu and Chiu Feng Chen, through their counsel, Richard C. J. Wahng, requested that they be excused from personally appearing at the settlement conference scheduled for May 9, 2008. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that defendants Gordon Yu, Kuei Lu and Chiu Feng Chen be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on May 9, 2008.

///

///

///

If the court concludes that the absence of these defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party, including Gordon Yu, Kuei Lu and Chiu Feng Chen.

IT IS SO ORDERED.

Dated:  April 30, 2008

RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

David John Sasseen , Esq   sasseen@ix.netcom.com

Colby B. Springer   cspringer@carrferrell.com

Chao Jen Wahng   rwahng@legal-opinion.com, cjwahng@hotmail.com

Christine S. Watson   cwatson@carrferrell.com, mpeterson@carrferrell.com

Robert Joseph Yorio   yorio@carrferrell.com, cblaufus@carrferrell.com

Dated: April 30, 2008

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:   /s/ *BAK*

3