UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __7 hrs__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__    DATE: __5/9/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 07-05707JF__

CASE TITLE: __ACTICON TECHNOLOGIES__ VS. __PRETEC ELECTRONICS__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__CHRISTINE S. WATSON__                  __RICHARD C.J. WAHNG__

__ROBERT J. YORIO__

**TODAY'S PROCEEDINGS**

{ X } SETTLEMENT CONF.   { } PRETRIAL CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED     [X] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**     [ ] PLTF;     [ ] DEFT;     [ ] COURT
Additional Comments: