# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Judge Jeremy Fogel, Presiding**
Courtroom 3 - 5th Floor

## Civil Minute Order

Date: May 16, 2008                                           Time in Court: 1 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Summer Clanton

---

**TITLE:**  Acticon Technologies LLC v. Pretec Electronics Corporation et al
**CASE NUMBER**: C07-4507JF
Plaintiff Attorney present: Christine Watson
Defendant Attorney present: Richard Wahng for the individual defendants
                            David Sassen for defendant PTI Global

---

**PROCEEDINGS: Further Case Management Conference**


Further Case Management Conference scheduled for July 11, 2008 at 10:30 a.m.