ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>        Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**[PROPOSED] ORDER AND STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br>[Fed.R.Civ.P. 15(a)] |

WHEREAS:

   A.   Plaintiff ACTICON TECHNOLOGIES LLC ("Acticon") wishes to amend the Complaint to add C-One Technology Corporation as an additional defendant;

   B.   All named defendants, except Defendant PRETEC ELECTRONICS CORPORATION, have been served and have filed a responsive pleading and therefore, Federal Rule of Civil Procedure 15(a) requires the written consent of all opposing parties to file an amended complaint;

1       C.      Defendant PTI GLOBAL, INC. is willing to stipulate to the filing of a First
2 Amended Complaint;

3       D.      Defendant TOMMY HO is willing to stipulate to the filing of a First Amended
4 Complaint;

5       E.      Defendant KUEI LU is willing to stipulate to the filing of a First Amended
6 Complaint;

7       F.      Defendant CHIU FENG CHEN is willing to stipulate to the filing of a First
8 Amended Complaint;

9       G.      Defendant ROBERT WU is willing to stipulate to the filing of a First Amended
10 Complaint;

11       H.      Defendant GRACE YU is willing to stipulate to the filing of a First Amended
12 Complaint;

13       I.      Defendant GORDON YU is willing to stipulate to the filing of a a First Amended
14 Complaint;

15       J.      Defendants PTI GLOBAL, INC., TOMMY HO, KUEI LU, CHIU FENG CHEN,
16 ROBERT WU, GRACE YU and GORDON YU, as the active parties to the litigation (the "Active
17 Parties"), are therefore the only parties capable of executing this stipulation:

18       NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Active Parties,
19 through their respective counsel, that Acticon may file the [Proposed] First Amended Complaint
20 attached as Exhibit "A" hereto, which adds C-ONE as a named defendant in this action and a cause
21 of action for patent infringement against C-ONE.

22 //
23 //
24 //
25 //
26 //
27 //
28 //

{00309383v1}     -2-
Order and Stipulation to File First Amended Complaint
C 07-4507 JF (HRL)

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

3  Dated: May __30__, 2008              CARR & FERRELL *LLP*

                                        By: /s/ Christine Watson
                                        ROBERT J. YORIO
                                        COLBY B. SPRINGER
                                        CHRISTINE S. WATSON

                                        Attorneys for Plaintiff
                                        ACTICON TECHNOLOGIES LLC

10  Dated: ~~May~~ __June 1__, 2008    LAW OFFICES OF E & SASSEEN

                                        By: /s/ David Sasseen
                                        DAVID SASSEEN

                                        Attorneys for Defendant
                                        PTI GLOBAL, INC.

15  Dated: May __31__, 2008            LAW OFFICES OF RICHARD C. J. WAHNG

                                        By: /s/ Richard C. J. Wahng
                                        RICHARD C. J. WAHNG

                                        Attorneys for Defendants
                                        CHIU FENG CHEN, GORDON YU, TOMMY HO,
                                        ROBERT WU, GRACE YU and KUEI LU

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26  Dated: May ____, 2008

                                        HON. JEREMY FOGEL
                                        United States District Judge