ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; C-ONE TECHNOLOGY CORPORATION, a foreign corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**PLAINTIFF ACTICON TECHNOLOGIES LLC'S *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTER ROGATORY**<br><br>**JURY TRIAL DEMANDED** |

PLEASE TAKE NOTICE that for the purpose of effecting service of process in Taiwan on named foreign Defendant C-ONE TECHNOLOGY CORPORATION ("C-One") via Letter Rogatory, Plaintiff ACTICON TECHNOLOGIES LLC ("Acticon") hereby respectfully requests an Order granting Acticon's request for the issuance of a Letter Rogatory for Taiwanese Defendant C-One.

This *Ex Parte* Miscellaneous Administrative Request is brought pursuant to Civil Local Rule 7-11, which permits a party to proceed ex parte where a party may require a Court order with respect to miscellaneous administrative matters, not otherwise governed by a federal statute, a federal or local rule or a standing order of the assigned judge. This request is based upon this *Ex Parte* Miscellaneous Administrative Request and Memorandum of Points and Authorities, the Letter Rogatory, the Declaration of Christine S. Watson in support thereof ("Watson Decl."), the [Proposed] Order filed herewith, and all the papers and pleadings on file in this action.

## I.  INTRODUCTION

Acticon respectfully requests that the Court issue the attached Letter Rogatory so that Acticon may effect service of process in Taiwan on the recently named Taiwanese Defendant in this action, C-One. Acticon is advised that the letter must bear the Court's original handwritten signature and the Court's seal.

## II.  PLAINTIFF MAY SERVE THE TAIWANESE DEFENDANTS IN TAIWAN VIA LETTERS ROGATORY.

Acticon filed its First Amended Complaint on June 17, 2008, naming C-One as an additional defendant and adding a cause of action for patent infringement against C-One. A Summons was issued on June 18, 2008, for C-One. Taiwan is not a signatory to The Hague Convention and therefore, C-One may be served in Taiwan by Letter Rogatory. 28 U.S.C. § 1781(a)(2); Fed.R.Civ.Proc. 4(f)(2)(B). Acticon has retained the services of Lee and Li, a Taiwanese law firm that is able to assist in serving C-One in Taiwan by Letter Rogatory. Watson Decl., ¶ 2. Lee and Li has advised that the Letter Rogatory is the preferred method of service in United States and Taiwanese courts. Watson Decl., ¶3.

## III.  CONCLUSION

Acticon respectfully requests that this Court enter the Order, submitted herewith, granting Acticon's request (1) for the issuance of a Letter Rogatory for Taiwanese Defendant C-One; and (2) for the issuance of the Letter Rogatory for C-One (three original signed and Court-sealed letters).

| | |
|---|---|
| Dated: July 3, 2008 | CARR & FERRELL LLP |
| | By: *[signature]* <br> ROBERT J. YORIO <br> COLBY B. SPRINGER <br> CHRISTINE S. WATSON |
| | Attorneys for Plaintiff <br> ACTICON TECHNOLOGIES LLC |