1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
4  CARR & FERRELL *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone:  (650) 812-3400
6  Facsimile:   (650) 812-3444

7  Attorneys for Plaintiff
   ACTICON TECHNOLOGIES LLC

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  ACTICON TECHNOLOGIES LLC,          CASE NO. C 07-4507 JF (HRL)

14            Plaintiff,

15       v.                            **[PROPOSED] ORDER RE PLAINTIFF
                                       ACTICON TECHNOLOGIES LLC'S
16  PRETEC ELECTRONICS CORPORATION, a  EX PARTE MISCELLANEOUS
    dissolved California corporation; PTI GLOBAL,  ADMINISTRATIVE REQUEST
17  INC., a California corporation; C-ONE  FOR ISSUANCE OF LETTER
    TECHNOLOGY CORPORATION, a foreign  ROGATORY**
18  corporation; CHIU FENG CHEN, an individual;
    GORDON YU, an individual; TOMMY HO, an
19  individual; ROBERT WU, an individual;
    GRACE YU, an individual; KUEI LU, an
20  individual; and DOES 1 through 20,

21            Defendants.

22

23       The Ex Parte Miscellaneous Administrative Request for Issuance of Letter Rogatory of

24  Plaintiff ACTICON TECHNOLOGIES LLC ("Acticon") came before the Court pursuant to Civil

25  Local Rule 7-11.

26  ///

27  ///

28  ///

1     Having considered the request, and GOOD CAUSE appearing therefor,

2  **IT IS HEREBY ORDERED THAT:**

3     Acticon's request for issuance of a letter rogatory for the purpose of effecting service of

4  process on Defendant C-ONE TECHNOLOGY CORPORATION in Taiwan is GRANTED.

5  **IT IS SO ORDERED.**

6

7

8  Dated:  July ___, 2008                    _____

9                                            HON. JEREMY FOGEL
                                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

Order re Plaintiff's Ex Parte Request for Issuance of Letter Rogatory
(Case No. C 07-4507 JF (HRL))