ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; C-ONE TECHNOLOGY CORPORATION, a foreign corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>   Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**DECLARATION OF CHRISTINE S. WATSON IN SUPPORT OF PLAINTIFF'S REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY RE C-ONE TECHNOLOGY CORPORATION)** |

I, Christine S. Watson, declare as follows:

1.  I am an attorney at law licensed to practice before this Court and a member of the law firm of Carr & Ferrell LLP, counsel of record for Acticon Technologies LLC ("Acticon"), on whose behalf I make this declaration. I am one of the attorneys responsible for representing Acticon in this action, and the facts set out herein are within my personal knowledge, or are based on documents in my possession and other information to which I have access in the course of my

{00321451v1}

-1-

Watson Decl. ISO Request for International Judicial Assistance
(Case No. C 07-4507 JF (HRL))

1  duties.  If called upon to do so I could and would testify to the truth thereof.

2      2.    Acticon retained the services of Lee and Li, a Taiwanese law firm, to assist in and effect service of process of Defendant C-One Technology Corporation ("C-One").

4      3.    On June 24, 2008, Lee and Li advised that judicial assistance in the form of a letter rogatory is the only method of service recognized by both the United States and Taiwan Courts in the event that Acticon seeks to enforce any judgment in the above-captioned matter against C-One's assets in Taiwan.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed this 3rd day of July, 2008, in Palo Alto, California.

*/s/ Christine S. Watson*
CHRISTINE S. WATSON