

WRITER'S DIRECT DIAL NUMBER
(650) 812-3439

July 3, 2008

**VIA ECF**

Hon. Jeremy Fogel
United States District Judge
United States District Court
280 S. First Street
San Jose, CA  95113

      Re:   *Acticon Technologies LLC v. Pretec Electronics Corporation, et al.*
           Case No. C 07-4507 JF (HRL)

Dear Judge Fogel:

    Plaintiff Acticon Technologies LLC is diligently attempting to serve newly added foreign defendant C-One Technology Corporation with the First Amended Complaint and Summons in this case.  To this end, enclosed please find three (3) copies of a Letter Rogatory addressed to the Appropriate Authority of Taiwan, which each must bear Your Honor's original signature and the Court's seal, should the Court grant Plaintiff's *Ex Parte* Request for International Judicial Assistance (Letter Rogatory re C-One Technology Corporation).

    We have enclosed a self-addressed overnight envelope for your convenience in returning the signed and sealed documents to us.  If you have any questions, please do not hesitate to contact me.

                                    Very truly yours,

                                    CARR & FERRELL *LLP*

                                  Christine S. Watson

Encl.