ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; C-ONE TECHNOLOGY CORPORATION, a foreign corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY RE C-ONE TECHNOLOGY CORPORATION)**<br><br>**JURY TRIAL DEMANDED** |

The United States District Court for the Northern District of California presents its compliments to the Appropriate Authority of Taiwan, and requests international assistance to effect Service of Process to be used in a civil proceeding before this Court in the above captioned matter.

**I.    REQUEST**

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Taiwan effect Service of

Process of the Summons in a Civil Case, the First Amended Complaint, and the Certified Translations of these documents on the below named business entity, a named defendant in this action:

>C-One Technology Corporation
>B1, No. 57, Dong Guang Road
>Hsin-Chu
>Taiwan

The Appropriate Judicial Authority of Taiwan is requested to serve the documents listed above by personal service into the hands of a director, managing agent or other person authorized to accept service, or in a manner of service consistent with the law of Taiwan.

## II.    FACTS OF THIS CASE

Plaintiff Acticon Technologies LLC ("Acticon") brings this patent infringement case against multiple defendants, including C-One Technology Corporation ("C-One"). C-One is a manufacturer of electronic connectors in Taiwan. Acticon alleges that C-One manufactured, exported into the United States, offered for sale, sold and/or distributed to Defendant Pretec Electronics Corporation ("Pretec") and Defendant PTI Global, Inc. ("PTI Global") various electronic connectors that embody the technology of the Patents-in-Suit which then were sold, offered for sale and/or distributed by Pretec and PTI Global. Acticon further alleges that Defendants Pretec, PTI Global, C-One and the individual defendants in the case conspired to and did fraudulently transfer Pretec's assets to C-One and/or PTI Global with the intent to hinder, delay or defraud Acticon in pursuing its claims against Pretec from a previous lawsuit. As a result, Acticon alleges that it has been damaged by the wrongful transfer of assets, which prevents Acticon from collecting monies due to Acticon by Pretec in the previous lawsuit. Acticon is requesting treble damages, costs and attorneys' fees.

## III.    RECIPROCITY

The United States District Court for the Northern District of California is willing to provide similar assistance to the judicial authorities of Taiwan.

## IV.    REIMBURSEMENT FOR COSTS

The United States Court for the Northern District of California is willing to ensure reimbursement to the judicial authorities of Taiwan for costs incurred in executing its letter

1 | rogatory. If the cost of executing this Court's letter rogatory exceeds $500.00, the judicial
2 | authorities of Taiwan are requested to contact the following counsel for Acticon:

      Robert J. Yorio  (CSBN 93178; yorio@carrferrell.com)
      Colby B. Springer  (CSBN 214868; cspringer@carrferrell.com)
      Christine S. Watson  (CSBN 218006; cwatson@carrferrell.com)
      Carr & Ferrell *LLP*
      2200 Geng Road
      Palo Alto, California  94303
      Telephone:   (650) 812-3400
      Facsimile:    (650) 812-3444

Dated:  July ___, 2008

      _____
      The Honorable Jeremy Fogel
      United States District Court
      280 South First Street
      San Jose, California 95113
      United States of America

[COURT SEAL]