## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, July 11, 2008
**Case Number:** CV-07-4507-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | ACTICON TECHNOLOGIES V. PRETEC ELECTRONICS CORPORATION |
|---|---|
| | PLAINTIFF                                      DEFENDANT |
| | Attorneys Present: Christine Watson    Attorneys Present: Richard Wahng for Individuals |

PROCEEDINGS:
Further case management conference held. Parties are present. Continued to 11/7/08 at 10:30 a.m. for further case management conference.