*E-filed 7/16/08*

1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
4  CARR & FERRELL *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile: (650) 812-3444

7  Attorneys for Plaintiff
   ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ACTICON TECHNOLOGIES LLC, | CASE NO. C 07-4507 JF (HRL) |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RE PLAINTIFF ACTICON TECHNOLOGIES LLC'S EX PARTE MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTER ROGATORY |
| PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; C-ONE TECHNOLOGY CORPORATION, a foreign corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | |
| Defendants. | |

The Ex Parte Miscellaneous Administrative Request for Issuance of Letter Rogatory of Plaintiff ACTICON TECHNOLOGIES LLC ("Acticon") came before the Court pursuant to Civil Local Rule 7-11.

///

///

///

{00321454v1}

-1-

-2-

1  Having considered the request, and GOOD CAUSE appearing therefor,

2  **IT IS HEREBY ORDERED THAT:**

3  Acticon's request for issuance of a letter rogatory for the purpose of effecting service of
4  process on Defendant C-ONE TECHNOLOGY CORPORATION in Taiwan is GRANTED.

5  **IT IS SO ORDERED.**

8  Dated: July _15__, 2008

HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE