ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; C-ONE TECHNOLOGY CORPORATION, a foreign corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. C 07-4507 JF (HRL)<br><br>**[PROPOSED] ORDER AND STIPULATION OF DISMISSAL OF DEFENDANTS TOMMY HO AND ROBERT WU WITHOUT PREJUDICE** |

Through their respective undersigned counsel, Plaintiff ACTICON TECHNOLOGIES LLC and Defendants TOMMY HO and ROBERT WU, who have appeared in this action, hereby stipulate to the dismissal without prejudice of the Complaint with respect to Defendants TOMMY HO and ROBERT WU only, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party named herein shall bear its own costs of suit and attorney's fees.

///

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

3  Dated: October  14 , 2008                      CARR & FERRELL *LLP*

By: _____
ROBERT J. YORIO
COLBY B. SPRINGER
CHRISTINE S. WATSON

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

10  Dated: October  14 , 2008                     LAW OFFICES OF RICHARD C. J. WAHNG

By: /s/ Richard C. J. Wahng
RICHARD C. J. WAHNG

Attorneys for Defendants
CHIU FENG CHEN, GORDON YU, TOMMY HO,
ROBERT WU, GRACE YU and KUEI LU

16  **IT IS SO ORDERED.**

18  Dated: October  15 , 2008
_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE