**\*E-Filed 6/15/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTICON TECHNOLOGIES, LLC | No. 5:07 CV 4507 JF |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC, a California corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By written requested dated June 8, 2009, Defendants Kuei Lu and Chiu Feng Chen, by and through their counsel, Richard C.J. Wahng, requested that they be excused from personally appearing at the settlement conference originally scheduled for June 19, 2009, which the Court continued to June 25, 2009. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that the individual defendants be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on June 25, 2009.

If the court concludes that the absence of the individual defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

IT IS SO ORDERED.

Dated: 6/15/09

_____
RICHARD SEEBORG
United States Magistrate Judge