**E-Filed 6/16/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC.; C-ONE TECHNOLOGY CORPORATION, a foreign corporation; CHIU FENG CHEN, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>Defendants. | Case Number CV 07-04507 JF (HRL)<br><br>**JUDGMENT AGAINST C-ONE TECHNOLOGY CORPORATION** |

The Court having entered the default of Defendant C-One Technology Corporation on March 30, 2009, Plaintiff Acticon Technologies LLC ("Acticon") having filed its request for default judgment, and the Court having fully considered Acticon's request for default judgment against C-One Technology Corporation,

JUDGMENT IS HEREBY ENTERED for Plaintiff Acticon Technologies LLC and against Defendant C-One Technologies Corporation in the sum of $78,307.56, together with

1  attorney's fees of $20,556.10, with prejudgment interest on both amounts.

**DATED: 6/15/2010**

_____
**JEREMY FOGEL**
**United States District Judge**

2

Case Number 07-04507 JF (HRL)
JUDGMENT AGAINST DEFENDANT C-ONE TECHNOLOGY CORPORATION
(JFEX2)