

CARR & FERRELL LLP
ATTORNEYS AT LAW

WRITER'S DIRECT DIAL NUMBER
(650) 812-3459

June 22, 2010

**VIA ECF**

Hon. Jeremy Fogel
United States District Judge
United States District Court
280 S. First Street
San Jose, CA  95113

      Re:   *Acticon Technologies LLC v. Pretec Electronics Corporation, et al.*
            Case No. C 07-4507 JF (HRL)

Dear Judge Fogel:

      This office represents Plaintiff Acticon Technologies LLC in the above captioned action. On June 16, 2010, this Court entered Judgment Against C-One Technology Corporation [Docket No. 140]. The Judgment awarded Acticon the amount of $78,307.56 in principal damages plus attorney fees in the amount of $20,556.10 plus prejudgment interest on the principal damages and attorney fees.

      The purpose of this letter is to request that the Court enter an Amended Judgment which includes the full amount of the attorney fees requested and the prejudgment interest. On June 9, 2010 Acticon filed a Supplemental Declaration of James W. Lucey in Support of Acticon's Request for Default Judgment by Court. [Docket No. 137] ("Supplemental Declaration"). A true and exact copy of the Supplemental Declaration is attached hereto. The Supplemental Declaration set forth the current Federal prejudgment interest rate of 3.75% and a calculation of prejudgment interest in the amount of $19,138.04 through June 11, 2010, the date of the hearing of Acticon's Request for Default Judgment by Court. Acticon requests that this Court include the pre-judgment interest in the amount of $19,138.04 in the Amended Judgment. The calculation of the prejudgment interest is attached as Exhibit A to the Supplemental Declaration.

      Acticon also included a request for additional attorney fees in the Supplemental Declaration. Acticon attached Carr & Ferrell LLP's June 7, 2010 Billing Statement which memorialized Acticon's efforts to obtain the Default Judgment against C-One during the month of April 2010. The attorney fees requested by Acticon in its moving papers did not include the April time incurred by Acticon. Acticon is not requesting its attorney fees for May and for preparation and appearance at the June 11, 2010 default judgment hearing. The time expended by Acticon in April of 2010 in furtherance of its

Hon, Jeremy Fogel
June 22, 2010
Page Two

efforts to obtain a Default Judgment against C-One is reasonable. Carr & Ferrell LLP's billing statement is attached to the Supplemental Declaration as Exhibit C. Acticon requests that this Court include the additional attorney fees in the amount of $7,583 as part of the Amended Judgment.

Based on the above, Acticon hereby requests that this Court enter an Amended Judgment Against C-One Technology. Specifically, the Amended Judgment would include the sum of $78,307.56 in principal damages, $19,138.04 in pre-judgment interest and a total of $28,139.10 in attorney fees for a total Amended Judgment amount of $125,584.70. Attached hereto is a [Proposed] Amended Judgment Against C-One Technology Corporation.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

CARR & FERRELL *LLP*

James W. Lucey

Encls.

```
 1  ROBERT J. YORIO (SBN 93178)
    yorio@carrferrell.com
 2  COLBY B. SPRINGER (SBN 214868)
    cspringer@carrferrell.com
 3  JAMES W. LUCEY (SBN 160808)
    jlucey@carrferrell.com
 4  CHRISTINE S. WATSON (SBN 218006)
    cwatson@carrferrell.com
 5  CHRISTOPHER P. GREWE (SBN 245938)
    cgrewe@carrferrell.com
 6  CARR & FERRELL LLP
    2200 Geng Road
 7  Palo Alto, California 94303
    Telephone: (650) 812-3400
 8  Facsimile:  (650) 812-3444

 9  Attorneys for Plaintiff
    ACTICON TECHNOLOGIES LLC
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ACTICON TECHNOLOGIES LLC, | CASE NO. C07-4507 JF (HRL) |
|---|---|
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF JAMES W. LUCEY IN SUPPORT OF ACTICON'S REQUEST FOR DEFAULT JUDGMENT BY COURT** |
| PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; C-ONE TECHNOLOGY CORPORATION, a foreign corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | DATE:   June 11, 2010<br>TIME:   9:00 a.m.<br>CRTRM:  3<br>JUDGE:  Honorable Jeremy Fogel |
| Defendants. | |

I, JAMES W. LUCEY, hereby declare as follows:

  1.   I am one of the attorneys of record for Plaintiff Acticon Technologies LLC (hereinafter "Acticon") in this matter. I make this Supplemental Declaration in support of Acticon's Request for Default Judgment by Court. I have personal knowledge of the facts set forth

1 herein and if called to testify thereto, I could and would competently so testify.

2. Attached hereto as Exhibit A is a document which sets forth a Summary of the Pre-Judgment Interest for the damages suffered by Acticon as a result of C-One Technology's infringement of Acticon's patents for the period of time January 1, 2002 through June 11, 2010, the date of the hearing on Acticon's Request for Judgment by Court.

3. The current federal discount rate is .75%. Attached hereto as Exhibit B is the current federal discount rate as published by the Federal Reserve Bank of San Francisco. Based on the fact that the federal discount rate is .75%, the Pre-Judgment Interest rate for a judgment entered on June 11, 2010 would be 3.75% per annum.

4. Exhibit A provides the breakdown of the accrued interest for each calendar year of damages caused by C-One's infringement of Acticon's patents. In 2001, Acticon suffered damages at the reasonable royalty rate of 4% in the amount of $28,869.60. 3.75% of that amount is $1,082.61. For the purposes of the calculation in Exhibit A, pre-judgment interest began to run as of January 1, 2002 forward. The total amount of interest at the rate of 3.75% for the period of time January 1, 2001 through June 11, 2010 is in the amount of $9,148.05. Exhibit A also sets forth the breakdown per year of the pre-judgment interest accrued to date for each year of damages suffered by Acticon. The total amount of pre-judgment interest for all of the damages in the amount of $78,307.56 is in the amount of $19,138.04. Under 35 U.S.C. § 284, Acticon is entitled to pre-judgment interest.

5. The 3.75% of pre-judgment interest based on the current discount rate of .75% is reasonable and should be awarded in this case. Acticon hereby requests pre-judgment interest to be included in the judgment against C-One in the amount of $19,138.04.

6. Attached hereto as Exhibit C is a true and exact copy of Carr & Ferrell *LLP*'s Billing Statement which memorializes Acticon's efforts to obtain a Default Judgment against C-One in April of 2010. The amount of time incurred is reasonable. The total amount of attorneys' fees and costs incurred by Acticon for April of 2010 is $7,583.00. Acticon requests that this Court award it this amount for attorneys' fees in addition to the $20,556.10 in attorneys' fees previously requested by Acticon, for the period of time between December of 2009 and March 31, 2010, pursuant to 35

U.S.C. § 285.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 9th day of June, 2010, in Palo Alto, California.

/s/ James W. Lucey
JAMES W. LUCEY

# Exhibit A

# EXHIBIT A

## CALCULATION OF PRE-JUDGMENT INTEREST FOR PERIOD OF TIME BETWEEN JANUARY 1, 2002 THROUGH JUNE 11, 2010

| YEAR | REASONABLE ROYALTY RATE OF FOUR (4%) PERCENT | PRE-JUDGMENT INTEREST RATE OF 3.75% |
|---|---|---|
| 2001 – PRETEC | $28,869.60 | $9,148.05[1] |
| 2002 – PRETEC | $13,994.20 | $3,909.61[2] |
| 2003 – PRETEC | $7,966.28 | $1,926.81 |
| 2004 – PRETEC | $6,614.40 | $1,351.82 |
| 2005 – PRETEC | $6,628.84 | $1,106.18 |
| 2006 – PRETEC | $6,411.28 | $828.80 |
| 2006 – PTI | $4,028.36 | $518.16 |
| 2007 – PTI | $3,794.60 | $348.61 |
| **TOTALS** | **$78,307.56** | **$19,138.04** |

---

[1] The $9,148.05 in pre-judgment interest was calculated as follows: Calculating 3.75% of $28,869.60 or $1,082.61 for the period of time between January 1, 2002 through December 31, 2009 ($1,082.61 x 8 years = $8,660.88) and then adding the interest rate of 3.75% from January 1, 2010 through June 11, 2010 (45% of $1,082.61 = $487.17). The total pre-judgment interest for the $28,869.60 for the period of time between January 1, 2002 and June 11, 2010 is $9,148.05.

[2] The pre-judgment interest calculations for the damages incurred between 2002 through 2007 were calculated in the same way as the pre-judgment interest calculation for the damages suffered in 2001 as set forth in Footnote 1 above.

# Exhibit B

# The Federal Reserve Bank of San Francisco

BANKING INFORMATION

FRBSF Discount Rate

"Discount Rate" on Advances to Member Banks under Sections 13 and 13a of the Federal Reserve Act in Effect at the Federal Reserve Bank of San Francisco

For more information:



The following is a list of rates of interest on our advances to, and discounts for, member banks and other depository institutions under Sections 13 and 13a of the Federal Reserve Act. Each rate (also referred to as the "discount rate") was in effect until the next date indicated.

| Effective Date | | Rate (% per annum) | Effective Date | | Rate (% per annum) |
|---|---|---|---|---|---|
| 2010 | February 19 | 0.75* | 1999 | October 1 | |
| 2008 | December 16 | 0.50 | | SLF | 6.75 |
| 2008 | October 29 | 1.25 | | Basic Discount Rate | 4.75 |
| 2008 | October 8 | 1.75 | 1999 | August 24 | 4.75 |
| 2008 | April 30 | 2.25 | 1998 | November 17 | 4.5 |
| 2008 | March 18 | 2.50 | 1998 | October 15 | 4.75 |
| 2008 | March 17 | 3.25 | 1996 | January 31 | 5 |
| 2008 | January 30 | 3.50 | 1995 | February 1 | 5.25 |
| 2008 | January 22 | 4.00 | 1994 | November 15 | 4.75 |
| 2007 | December 11 | 4.75 | 1994 | August 17 | 4 |
| 2007 | October 31 | 5.00 | 1994 | May 17 | 3.5 |
| 2007 | September 18 | 5.25 | 1992 | July 2 | 3 |
| 2007 | August 17 | 5.75 | 1991 | December 20 (2) | 3.5 |
| 2006 | June 29 | 6.25 | 1991 | November 6 | 4.5 |
| 2006 | May 10 | 6.0 | 1991 | September 13 | 5 |
| 2006 | March 28 | 5.75 | 1991 | April 30 | 5.5 |
| 2006 | January 31 | 5.5 | 1991 | February 1 | 6 |
| 2005 | December 13 | 5.25 | 1990 | December 19 | 6.5 |
| 2005 | November 1 | 5.0 | 1989 | February 24 | 7 |
| 2005 | September 20 | 4.75 | 1988 | August 9 | 6.5 |
| 2005 | August 9 | 4.5 | 1987 | September 9 | 6 |
| 2005 | June 30 | 4.25 | 1986 | August 21 | 5.5 |
| 2005 | May 3 | 4.0 | 1986 | July 11 | 6 |
| 2005 | March 22 | 3.75 | 1986 | April 21 | 6.5 |
| 2005 | February 2 | 3.5 | 1986 | March 7 | 7 |
| 2004 | December 14 | 3.25 | 1985 | May 21 | 7.5 |
| 2004 | November 10 | 3 | 1984 | December 24 | 8 |

EXHIBIT B

| Year | Date | Rate | Year | Date | Rate |
|---|---|---|---|---|---|
| 2004 | September 21 | 2.75 | 1984 | November 21 [2] | 8.5 |
| 2004 | August 10 | 2.5 | 1984 | April 13 | 9 |
| 2004 | June 30 | 2.25 | 1982 | December 14 | 8.5 |
| 2003 | June 25 | 2 | 1982 | November 22 | 9 |
| 2003 | January 9 | 2.25 [2] | 1982 | October 11 | 9.50 |
| 2002 | November 6 | 0.75 | 1982 | August 27 | 10 |
| 2001 | December 11 | 1.25 | 1982 | August 16 | 10.50 |
| 2001 | November 6 | 1.5 | 1982 | August 2 | 11 |
| 2001 | October 2 | 2 | 1982 | July 20 | 11.50 |
| 2001 | September 17 | 2.5 | 1981 | December 4 | 12 |
| 2001 | August 21 | 3 | 1981 | November 2 | 13 |
| 2001 | June 27 | 3.25 | 1981 | May 5 | 14 |
| 2001 | May 15 | 3.5 | 1980 | December 5 | 13 |
| 2001 | April 18 | 4 | 1980 | November 17 | 12 |
| 2001 | March 20 | 4.5 | 1980 | September 26 | 11 |
| 2001 | January 31 | 5 | 1980 | July 28 | 10 |
| 2001 | January 4 | 5.5 | 1980 | June 13 | 11 |
| 2001 | January 3 | 5.75 | 1980 | May 29 | 12 |
| 2000 | May 16 | 6 | 1980 | February 15 | 13 |
| 2000 | March 21 | | | | |
| | SLF [1] | 7.5 | | | |
| | Basic Discount Rate | 5.5 | | | |
| 2000 | February 2 | | | | |
| | SLF | 7.25 | | | |
| | Basic Discount Rate | 5.25 | | | |
| 1999 | November 16 | | | | |
| | SLF | 7.00 | | | |
| | Basic Discount Rate | 5.00 | | | |

*current rate*

The Federal Reserve Bank expresses no opinion on the applicability of the basic discount rate or surcharge to any transaction governed by a Federal or state usury or usury preemption statute.

(1) The Federal Reserve Board established a Century Date Change Special Liquidity Facility (SLF), a program for lending to depository institutions from October 1, 1999 through April 7, 2000. The interest rate charged on loans from the SLF is 150 basis points higher than the Federal Open Market Committee's intended federal funds rate.

(2) On January 9, 2003, Regulation A (Extensions of Credit by Reserve Banks) was amended to restructure Federal Reserve credit programs that resulted in a new method of establishing the discount rate. The rate change on January 9, 2003, did not reflect a change in the stance of monetary policy. See more information about the Discount Window.

# Exhibit C

# CARR & FERRELL LLP
Attorneys At Law

Federal Tax ID# 77-0326280
2200 Geng Road
Palo Alto, California  94303
(650) 812-3400     FAX (650) 812-3444

General Patent Corporation

Attn: Paul Lerner
Montebello Park
75 Montebello Road
Suffern, NY  10901

June 07, 2010                                              Prebill No.   82165

### Invoice Summary

| | |
|---|---:|
| Total professional services | $7,350.00 |
| Total expenses advanced | $12.50 |
| Telephone & Postage | $220.50 |
| **Total Current Charges** | **$7,583.00** |
| | |
| **Net Current Charges** | **$7,583.00** |

EXHIBIT C

# CARR & FERRELL LLP
Attorneys At Law

Federal Tax ID# 77-0326280
2200 Geng Road
Palo Alto, California 94303
(650) 812-3400    FAX (650) 812-3444

General Patent Corporation

Attn: Paul Lerner
Montebello Park
75 Montebello Road
Suffern, NY 10901

June 07, 2010                                                                                          Prebill No.  82165

**In reference to:**  00015   Acticon Technologies v. Pretec Electronics et al.

## DESCRIPTION OF LEGAL SERVICES

|       |           |                                                                                                                                                                                                                       | HOURS |      |        |           |
|-------|-----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|------|--------|-----------|
| JWL   | 4/1/2010  |                                                                                                                                                                                                                       | 2.00  | 2.00 | 350.00 | $700.00   |
| 04/01/2010 | JWL  | Prepare Request for Default Judgment by Court; legal research.                                                                                                                                                   | 2.00  |      |        |           |
| JWL   | 4/2/2010  |                                                                                                                                                                                                                       | 2.00  | 2.00 | 350.00 | $700.00   |
| 04/02/2010 | JWL  | Prepare Request for Default Judgment by Court.                                                                                                                                                                   | 2.00  |      |        |           |
| JWL   | 4/5/2010  |                                                                                                                                                                                                                       | 1.60  | 1.60 | 350.00 | $560.00   |
| 04/05/2010 | JWL  | Revise Request for Default Judgement; prepare Declaration of G. Yu; revise Declaration of JWL; revise Declaration of Paul Lerner..                                                                                | 1.60  |      |        |           |
| JWL   | 4/7/2010  |                                                                                                                                                                                                                       | 2.60  | 2.60 | 350.00 | $910.00   |
| 04/07/2010 | JWL  | Telephone conference with P. Lerner; revise and final draft of Declaration of Paul Lerner; prepare email to P. Lerner; revise and final draft Declaration of G. Yu; assemble exhibits for declarations; prepare email to R. Wahng. | 2.60  |      |        |           |
| JWL   | 4/8/2010  |                                                                                                                                                                                                                       | 1.50  | 1.50 | 350.00 | $525.00   |
| 04/08/2010 | JWL  | Revise Declaration of JWL and Request for Default Judgment.                                                                                                                                                      | 1.50  |      |        |           |
| JWL   | 4/9/2010  |                                                                                                                                                                                                                       | 3.30  | 3.30 | 350.00 | $1,155.00 |
| 04/09/2010 | JWL  | Telephone conference with P. Lerner re: Declaration; review and revise Declaration of Paul Lerner; review and revise Declaration of G. Yu; prepare email to R. Wahng; review and revise Declarations of JWL ad Chi-Lin Tom; review and revise Request for Default Judgment; review email from | 3.30  |      |        |           |

| PREBILL NUMBER | | 82165 | | | | Page 2 |
|---|---|---|---|---|---|---|
| CLIENT: | | General Patent Corporation | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| JWL | 4/13/2010 | R. Wahng. | 1.60 | 1.60 | 350.00 | $560.00 |
| 04/13/2010 | JWL | Revise and final Declaration of Paul Lerner; review billing statements for Declaration of JWL; revise and final Declaration of JWL; revise Request for Default Judgment; telephone conference P. Lerner. | 1.60 | | | |
| JWL | 4/14/2010 | | 0.40 | 0.40 | 350.00 | $140.00 |
| 04/14/2010 | JWL | Prepare email to D. Sasseen re: Declaration of Chi-Lin Tom; review email from D. Sasseen. | 0.40 | | | |
| JWL | 4/20/2010 | | 1.70 | 1.70 | 350.00 | $595.00 |
| 04/20/2010 | JWL | Review email from D. Sasseen; review and revise Declaration of Chi-Lin Tom; prepare email to D. Sasseen; prepare emails to R. Wahng; review email from R. Wahng; telephone conference with R. Wahng; review Declaration of G. Yu; assemble exhibits for Declaration. | 1.70 | | | |
| JWL | 4/21/2010 | | 1.30 | 1.30 | 350.00 | $455.00 |
| 04/21/2010 | JWL | Assemble exhibits for Chi-Lin Tom Declaration and JWL Declaration; review email from D. Sasseen; review revised Declaration of Chi-Lin Tom; revise Declaration of JWL. | 1.30 | | | |
| JWL | 4/26/2010 | | 0.40 | 0.40 | 350.00 | $140.00 |
| 04/26/2010 | JWL | Prepare email to R. Wahng; review email from R. Wahng. | 0.40 | | | |
| JWL | 4/27/2010 | | 1.00 | 1.00 | 350.00 | $350.00 |
| 04/27/2010 | JWL | Review email from R. Wahng; review Declaration of G. Yu; revise Declaration of G. Yu; prepare email to R. Wahng. | 1.00 | | | |
| JWL | 4/29/2010 | | 0.60 | 0.60 | 350.00 | $210.00 |
| 04/29/2010 | JWL | Prepare email to G. Yu re: Declaration of G. Yu; review email from R. Wahng re: Declaration of G. Yu. | 0.60 | | | |
| JWL | 4/30/2010 | | 1.00 | 1.00 | 350.00 | $350.00 |
| 04/30/2010 | JWL | Review email from R. Wahng; review Gordon Yu's executed signature; prepare email to P. Lerner; revise and final Request for Default Judgment. | 1.00 | | | |
| | | | **FEE SUBTOTAL** | **21.00** | | **$7,350.00** |

**COST/DISBURSEMENTS**

| | | | | | | |
|---|---|---|---|---|---|---|
| WL08 | 4/1/10 | | | $12.50 | | |
| | | WESTLAW Online Research (JWL 03/03/2010). | | | | 12.50 |
| | | | **COST/DISBURSEMENTS SUBTOTAL** | | | **$12.50** |
| | | | Trust Funds Available | | | $0.00 |

PREBILL NUMBER      82165                                                                   Page  3

CLIENT:      General Patent Corporation

## Invoice Summary

| | |
|---|---:|
| Total professional services | $7,350.00 |
| Total expenses advanced | $12.50 |
| Telephone & Postage | $220.50 |
| **Total Current Charges** | **$7,583.00** |

| | |
|---|---:|
| **Net Current Charges** | **$7,583.00** |

## TIMEKEEPER SUMMARY

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Lucey, James W. | 21.00 | 350.00 | $7,350.00 |

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
JAMES W. LUCEY (SBN 160808)
jlucey@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC, | CASE NO. C07-4507 JF (HRL) |
| Plaintiff, | |
| v. | **[PROPOSED] AMENDED JUDGMENT AGAINST C-ONE TECHNOLOGY CORPORATION** |
| PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; C-ONE TECHNOLOGY CORPORATION, a foreign corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20, | |
| Defendants. | |

The Court having entered a Default against Defendant C-One Technology Corporation on March 30, 2009, Plaintiff Acticon Technologies LLC having filed its Request for Default Judgment By Court Against defendant C-One Technology Corporation, the Court having fully considered

plaintiff Acticon Technologies LLC 's Request for Default Judgment Against C-One Technology Corporation,

    JUDGMENT IS HEREBY ENTERED for plaintiff Acticon Technologies LLC and against defendant C-One Technology Corporation in the sum of $78, 307.56 in principal damages under 35 U.S.C. Section 284, $19,138.04 in prejudgment interest under 35 U.S.C. Section 284 and $28,139.10 for attorneys fees under 35 U.S.C. Section 285; for a total AMENDED JUDGMENT amount of $125,584.70.

Dated: June___, 2010

                                                                **HON. JEREMY FOGEL**
                                                   **UNITED STATES DISTRICT JUDGE**