ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
JAMES W. LUCEY (SBN 160808)
jlucey@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

**E-Filed 7/22/2010**

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRETEC ELECTRONICS CORPORATION, a dissolved California corporation; PTI GLOBAL, INC., a California corporation; C-ONE TECHNOLOGY CORPORATION, a foreign corporation; CHIU FENG CHEN, an individual; GORDON YU, an individual; TOMMY HO, an individual; ROBERT WU, an individual; GRACE YU, an individual; KUEI LU, an individual; and DOES 1 through 20,<br><br>　　　　　Defendants. | CASE NO. C07-4507 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

　　Plaintiff, ACTICON TECHNOLOGIES LLC and Defendants PTI GLOBAL INC., CHIU FENG CHEN, GORDON YU, GRACE YU and KUEI LU, hereby stipulate to a dismissal of the above-captioned action with prejudice pursuant to the provisions of FED. R. CIV. P. 41(a)(2). The parties further agree to bear their own attorneys' fees and costs of suit incurred herein.

IT IS SO STIPULATED.

CARR & FERRELL *LLP*

Dated: July 15, 2010     By: /s/ James W. Lucey
                              ROBERT J. YORIO
                              COLBY B. SPRINGER
                              JAMES W. LUCEY

                              Attorneys for Plaintiff
                              ACTICON TECHNOLOGIES LLC


LAW OFFICES OF E & SASSEEN

Dated: July 21, 2010     By: /s/ David Sasseen
                              DAVID SASSEEN

                              Attorney for Defendants
                              PTI GLOBAL, INC. and KUEI LU


LAW OFFICES OF RICHARD C.J. WAHNG

Dated: July 21, 2010     By: /s/ Richard C.J. Wahng
                              RICHARD C.J. WAHNG

                              Attorney for Defendants
                              GORDON YU, GRACE YU and CHIU FENG CHEN

<u>General Order 45 Attestation of Signatures</u>

I, JAMES W. LUCEY, attest that the concurrence in the filing of this document has been obtained from other signatories, which shall serve in lieu of their respective signatures.

/s/ James W. Lucey
JAMES W. LUCEY

**O R D E R**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 7/22/2010

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE